# EXHIBIT 1

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**SHORT FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VAu 564 – 275

Effective Date of Registration
11      29      02

Application Received
NOV 29 2002

Deposit Received
NOV 29 2002      Two

Fee Received

Examined By

Correspondence ☐

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:** | **1** | Unpublished Photographs, Edward McCain's photography of Danica Patrick & Team Rahal taken Nov. 14th & 15th, 2002 at Firebird Raceway, Phoenix, AZ |
| Alternative title or title of larger work in which this work was published: | | 988 Photographs |
| **Name and Address of Author and Owner of the Copyright** | **2** | Edward McCain<br>211 S 4th Avenue<br>Tucson, / Z 85701-2103 |
| Nationality or domicile: Phone, fax, and email: | | Phone ( 520 ) 623-1998     Fax ( 520 ) 623-1190<br>Email  edw@mccainphoto.com |
| **Year of Creation:** | **3** | 2002 |
| **If work has been published, Date and Nation of Publication:** | **4** | a. Date _____ Month _____ Day _____ Year _____ (Month, day, and year all required)<br>b. Nation |
| **Type of Authorship in This Work:** Check all that this author created. | **5** | ☐ 3-Dimensional sculpture  ☑ Photograph  ☐ Map<br>☐ 2-Dimensional artwork  ☐ Jewelry design  ☐ Text<br>☐ Technical drawing |
| **Signature:** Registration cannot be completed without a signature. | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge *Check one<br>☑ Author  ☐ Authorized agent<br>X _____ Edward McCain |
| **Name and Address of Person to Contact for Rights and Permissions:** Phone, fax, and email: | **7** | ☑ Check here if same as #2 above.<br>Phone ( )     Fax ( )<br>Email |

| | | | |
|---|---|---|---|
| **8** | | | **9** Deposit Account # _____ |
| Certificate will be mailed in window envelope to this address: | Name ▼<br>Edward McCain | | Name _____ |
| | Number/Street/Apt ▼<br>211 S 4th Avenue | | |
| | City/State/ZIP ▼<br>Tucson, AZ 85701-2103 | | DO NOT WRITE HERE      Page 1 of ___ pages |

Complete this space only if you currently use a Deposit Account in the Copyright Office.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

⊕ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/54

# EXHIBIT 2



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

Original MP Image



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 68 |
| MP Stock N° | 2995-02-06 |
| Publication | 2005 Media Guide CD |
| Infringer(s) | Rahal Letterman Racing |
| Publication Date | |
| Publication Page N° | |
| Media Type | CD-ROM |
| Infringement Notes | Rahal 2005 Media Guide CD |

Infringement





**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



# EXHIBIT 3



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-07-11

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 69 |
| MP Stock N° | 2995-07-11 |
| Publication | 2005 Media Guide CD |
| Infringer(s) | Rahal Letterman Racing |
| Publication Date | |
| Publication Page N° | |
| Media Type | CD-ROM |
| Infringement Notes | Rahal 2005 Media Guide CD |

Infringement





# Danica Patrick Copyright Infringements

McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# EXHIBIT 4

# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



# EXHIBIT 5



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

Original MP Image



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 71 |
| MP Stock N° | 2995-02-06 |
| Publication | Hero Card-IRL-2005 |
| Infringer(s) | Rahal Letterman Racing |
| Publication Date | |
| Publication Page N° | |
| Media Type | Promo card |
| Infringement Notes | 16 Danica Patrick, Rahal Letterman Racing card,  probably published in 2005. Includes sponsor logos by Argent Mortgage, Indy Honda Racing, Pioneer Electronics, The Bobby Rahal Automotive Group, TIMKEN, Logicalis, Worldwide Pants, Norwalk Furniture, bea and Firestone. |

Infringement



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# EXHIBIT 6

Danica Patrick Copyright Infringements



12:01:21 PM
3/2/2007

**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| **Sequence N°** | 35 |
| **MP Stock N°** | 2995-02-06 |
| **Publication** | www.rahal.com |
| **Infringer(s)** | Rahal Letterman Racing |
| **Publication Date** | |
| **Publication Page N°** | |
| **Media Type** | Internet |
| **Infringement Notes** | www.rahal.com/drivers/patrick/index.jsp |
| | This is the official Rahal Letterman Team site. |

**Infringement**



# Danica Patrick Copyright Infringements



**McCain Photography**
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# EXHIBIT 7

Danica Patrick Copyright Infringements

12:01:21 PM
3/2/2007



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

Original MP Image



2995-14-02

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 1 |
| MP Stock N° | 2995-14-02 |
| Publication | Sports Illustrated Magazine |
| Infringer(s) | Sports Illustrated Magazine |
| Publication Date | 5/23/2005 |
| Publication Page N° | 18 |
| Media Type | Magazine |
| Infringement Notes | Sports Illustrated has a circulation of approximately 3,324,631. |

Infringement



**Danica Patrick Copyright Infringements**



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998

## SCORECARD

# For the Record



**Qualified** Fourth, for next Sunday's Indianapolis 500, Danica Patrick, who will become the highest-starting woman in the race's 94-year history. Were it not for a single early mistake, Patrick could have landed on the pole. The 23-year-old from Roscoe, Ill., had been fastest in practice, but she got too low going into Turn 1 on her first qualifying lap on Sunday and her car bobbled. Patrick recovered, but her average speed on the lap was just 224.920 mph. (Starting positions are determined by a driver's four-lap average.) She then ran each of her final three laps faster than pole winner Tony Kanaan's average of 227.566 mph. Patrick, an IRL rookie who is 12th in points after four races, was livid with herself, staying in her garage stall for half an hour before facing the media. Under Indy's new qualifying format, Patrick could have withdrawn her time and taken another shot at the pole, but Bobby Rahal—who with David Letterman co-owns the cars of Patrick and last year's Indy 500 winner, Buddy Rice—



decided not to risk losing the position. "Bobby told me, 'I've won from where you are. Let's go.' I guess I shouldn't be mad," said Patrick. "I drive for an awesome team. We've got great cars, and we'll just go racing now."

**Ended** After 22 years, Syracuse's streak of consecutive appearances in the NCAA lacrosse Final Four. On Sunday the Orangemen, who won nine national championships during the streak, lost to eighth-seeded Massachusetts in the first round of the NCAA tournament. The defeat followed an unusually trying regular season for the defending national champs—their first in a decade without a Powell brother in the lineup; Casey (1995–98), Ryan (1997–2000) and Mike (2001–04) were all four-time All-Americas and are the top three scorers in school history. Syracuse finished 7–5 and entered the tournament unseeded. Said coach John Desko: "We probably come out of a game like this with more of an appreciation of the past, the tradition and the wins."

**Fired** By LeBron James, Aaron Goodwin, the agent who negotiated $135 million in endorsement deals for the Cavaliers' star. James, who hired Goodwin in 2003 after his senior season at St. Vincent–St. Mary High in Akron, reportedly plans to replace him with friend and high school teammate Maverick Carter, 23, a Nike consultant who is not licensed as an agent by the NBA players' union. Two other James buddies, road manager Randy Mims and Rich Paul—James and his three friends call themselves the Four Horsemen—are expected to round out his management team.

# Go Figure

**$103,325,510** Amount wagered on the Kentucky Derby this year, on- and off-track; the first time a U.S. horse race had more than $100 million in bets.

**8** Consecutive NCAA Division III women's golf championships for Methodist College in Fayetteville, N.C., which has won the title in 18 of the last 20 years.

**5** NBA players who have had at least 30 points, 15 assists and five rebounds in a playoff game; on May 10 the Heat's Dwyane Wade joined Magic Johnson, Jerry West, Walt Frazier and Oscar Robertson.



©2005 PGA TOUR, Inc.

Bank of America
COLONIAL

For live scoring visit PGATOUR.COM

Titleist

Who will make it through Hogan's Alley on top?

MAY 19-20, 4pm ET/PT    USA NETWORK
MAY 21-22, 3pm ET    CBS SPORTS

Sergio Garcia        These Guys are Good.        Davis Love III

# EXHIBIT 8



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| **Sequence N°** | 116 |
| **MP Stock N°** | 2995-02-06 |
| **Publication** | SI.com ( Sports Illustrated ) |
| **Infringer(s)** | SI.com ( Sports Illustrated ) |
| **Publication Date** | 05/27/2005 |
| **Publication Page N°** | http://www2.cnnsi. |
| **Media Type** | Internet |
| **Infringement Notes** | http://www2.cnnsi. com/2005/writers/pete_mcentegart/05/27/danica.patrick/ |

**Infringement**





**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



OWN A PIECE OF SPORTS HISTORY
Choose from over 1,500 photo quality reprints of classic SI covers   www.sicovers.com

SI COVER COLLECTION

Get SI's Pittsburgh STEELERS Championship Package FREE!   |   Subscribe to SI   |   Give the Gift of SI

SCORECARD DAILY | ON CAMPUS | FANTASY PLUS | SI KIDS.COM | PHOTO GALLERIES | VIDEO | MAGAZINE | SWIMSUIT

**SI.com**   SEARCH ● THE WEB ● SI.com ○ [          ] GO

NFL | COLLEGE FOOTBALL | MLB | NBA | COLLEGE BASKETBALL | GOLF | NHL | NASCAR | SOCCER | HIGH SCHOOL | MORE SPORTS | SCORES

Pete McEntegart > *THE JURY'S IN*
MCENTEGART ARCHIVE

SCORECARD daily ► 10 Spot: Embarrassing sports injuries | Deitsch: Media Power Rankings | Whitaker: Wacky NBA stories

# Not just a pretty face
### A Patrick win would go a long way to help the IRL

Posted: Friday May 27, 2005 12:07PM; Updated: Friday May 27, 2005 6:12PM

⚡ FREE E-MAIL ALERTS   ✉ E-MAIL THIS   🖨 PRINT THIS   ✉ SAVE THIS   ☆ MOST POPULAR

If **Danica Patrick** takes a big gulp of milk Sunday afternoon in Victory Lane after the Indianapolis 500, champagne bottles will be popping all over. Not just among the pit crew and executives of Rahal Letterman Racing, which will have won its second consecutive Indy 500. Executives at ABC and the other networks, magazine editors and sports talk-show hosts will be just as eager to toast sport's newest hero.

A victory would stamp Patrick as not only a pretty face, but also a pretty face who had won what until recently was unquestionably the biggest car race in the land. The 5-1, 100-pound brunette is a sudden media heavyweight, doing more than 25 TV interviews Monday alone, capped by an appearance on the late-night show of her car's co-owner, **David Letterman.** Yet if she is holding the Borg-Warner Trophy aloft Sunday, Patrick would become a bona fide phenomenon. She would be, simply, *Danica*, the newest one-name-only sports figure.

We'll let others predict Patrick's chances of victory. Certainly, the 23-year-old Indy Racing League rookie has made herself a real competitor, qualifying fourth for the race. Only a bobble on the first of her four qualifying laps likely kept Patrick from the pole.

For the purposes of this discussion, let's

**Danica Patrick's already been a big story in her IRL rookie year, but will be even bigger if she's able to win Sunday's Indy 500.**
Rahal Letterman Racing

**POLL**

Are you rooting for Danica Patrick to win the Indy 500?

○ Yes
○ No

Peter King
**MONDAY MORNING QB**

Houston's No. 1-pick issues, the truth about Vince Young and more NFL Draft nuggets

John Donovan
**MLB POWER RANKINGS**

The top of the pecking order three weeks into this season looks like it did in October.

More SI.com Writers ►

↓ ADVERTISEMENT ↓

enjoy dos equis responsibly.

DOS EQUIS

e x perience
the flavor of Mexico

© 2005 Cervezas Mexicanas,
White Plains, NY

EXHIBIT 9



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 2 |
| MP Stock N° | 2995-02-06 |
| Publication | People Magazine |
| Infringer(s) | People Magazine |
| Publication Date | 6/6/2005 |
| Publication Page N° | 126 |
| Media Type | Magazine |
| Infringement Notes | People Magazine has a circulation of approximately 3,652,022. |

**Infringement**



**Danica Patrick Copyright Infringements**



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



**Introducing**

"She does not want
to be the next Anna
Kournikova," says
racing team co-owner
Bobby Rahal of the
attractive—and
capable—Patrick.

## HOW SHE STAYS IN RACING FORM

A self-described fitness fanatic, the 5'2", 100-lb. Patrick does about an hour of cardio daily, running or training on an elliptical machine. Up to three times a week she spends an hour lifting weights. "Most of the movements I make as a race car driver have a lot to do with my shoulders and core," says Patrick, one of the fittest drivers ever. "So I focus on my upper body." Patrick says she's also very particular about fueling her body and rarely strays from a limited menu of high-protein, low-fat fare.

In April
Patrick sped to
a fourth-place
finish in Japan.

### Racing's

# Danica Patrick

**AGE:** 23
**HOMETOWN:** Roscoe, Ill.
**LATEST GIG:** Star rookie on the Indy circuit, she will race on May 29 in the Indy 500; only the fourth woman to do so, but she has the talent and the car to win it.

■ **Training wheels:** Go-karts, which she tried because her younger sister Brooke wanted to race them. Parents Bev and TJ—who met on a blind date at a snowmobile race—made Danica's competitions a family affair. Says Patrick: "Family support was what kept it all going."

■ **Fast track:** At 16, Patrick moved to London to race on the Formula Vauxhall circuit. "It's the equivalent of automotive gang warfare," says Bobby Rahal, the Indy champ who was so impressed by her driving there that in June '02 he signed her to the high-octane team he co-owns with David Letterman. "She's a tough kid."

■ **Secret weapon:** Her intuition, says Patrick. "When we're going 200-plus mph, I can see things happening and have time to react to them. I think that is a special gift."

■ **Idling:** Enjoys life in the slow lane in Scottsdale, Ariz., with fiancé Paul Hospenthal, 39, a physical therapist and personal trainer. "She's kind of a TV junkie," Hospenthal says of Patrick, who also enjoys barbecuing and working out (see box). "But you won't see her watching much racing."

■ **Caution flag:** Don't be fooled by the pink nail polish. "Danica shakes your hand and, crunch, it's like a truck driver," says Rahal. "That's the yin and yang of Danica. The exterior is nice and pretty—and underneath she is as tough as steel." ●

# EXHIBIT 10



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 97 |
| MP Stock N° | 2995-02-06 |
| Publication | www.people.aol.com / People Magazine |
| Infringer(s) | People Magazine |
| Publication Date | 5/26/2005 |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | people.aol.com |
| | People Magazine Web article |

**Infringement**



**Danica Patrick Copyright Infringements**



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



Celeb Spotlight: Indy 500 Racer Danica Patrick : People.com    http://people.aol.com/people/articles/0,19736,1065979,00.html

**PeopleFeature**

## Celeb Spotlight: Indy 500 Racer Danica Patrick

Get the lowdown on the racecar driver who has everyone talking

Thursday May 26, 2005 1:00pm EST

CREDIT: RAHAL LETTERMAN RACING

**Age: Age:** 23
**Hometown:** Roscoe, Ill.
**Latest Gig:** Star rookie on the Indy circuit, she will race on May 29 in the Indy 500; only the fourth woman to do so, but she has the talent and the car to win it.

**Training wheels:** Go-karts, which she tried because her younger sister Brooke wanted to race them. Parents Bev and TJ — who met on a blind date at a snowmobile race — made Danica's competitions a family affair. Says Patrick: "Family support was what kept it all going."

**Fast track:** At 16, Patrick moved to London to race on the Formula Vauxhall circuit. "It's the equivalent of automotive gang warfare," says Bobby Rahal, the Indy champ who was so impressed by her driving there that in June '02 he signed her to the high-octane team he co-owns with David Letterman. "She's a tough kid."

**Secret weapon:** Her intuition, says Patrick. "When we're going 200-plus mph, I can see things happening and have time to react to them. I think that is a special gift."

**Idling:** Enjoys life in the slow lane in Scottsdale, Ariz., with fiancé Paul Hospenthal, 39, a physical therapist and personal trainer. "She's kind of a TV junkie," Hospenthal says of Patrick, who also enjoys barbecuing and working out. "But you won't see her watching much racing."

**Caution flag:** Don't be fooled by the pink nail polish. "Danica shakes your hand and, crunch, it's like a truck driver," says Rahal. "That's the yin and yang of Danica. The exterior is nice and pretty — and underneath she is as tough as steel."

More Features ›

1 of 1                                                                                          4:54 PM

# EXHIBIT 11



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence Nº | 41 |
| MP Stock Nº | 2995-02-06 |
| Publication | USA Today www.usatoday.com |
| Infringer(s) | USA Today |
| Publication Date | 2/28/2005 |
| Publication Page Nº | |
| Media Type | Internet |
| Infringement Notes | USA Today
www.usatoday.com/sports/motor/_photos/2005-02-28-patrick_x.htm
Picture on bottom |

**Infringement**

