

**Danica Patrick Copyright Infringements**

**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**





# EXHIBIT 12



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-09-03

©2002 Edward McCain

| | |
|---|---|
| Sequence Nº | 86 |
| MP Stock Nº | 2995-09-03 |
| Publication | Pioneer card |
| Infringer(s) | Pioneer Electronics |
| Publication Date | |
| Publication Page Nº | |
| Media Type | Promo card |
| Infringement Notes | Promo card for Pioneer Electronics and Rahal Letterman Racing. Quote from eBay seller about this card: "This was obtained at a consumers electronics convention in Las Vegas in January 2005 when she appeared at the Pioneer booth at a signing with 2004 INDY 500 winner BUDDY RICE (see my signed photo of him currently on ebay)." |

Infringement



**Danica Patrick Copyright Infringements**



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# EXHIBIT 13

.



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

Original MP Image



2995-14-02

©2002 Edward McCain

| | |
|---|---|
| **Sequence N°** | 23 |
| **MP Stock N°** | 2995-14-02 |
| **Publication** | Toyota Motorsports.com web article |
| **Infringer(s)** | Toyota |
| **Publication Date** | |
| **Publication Page N°** | |
| **Media Type** | Internet |
| **Infringement Notes** | http://toyota.com/motorsports/atlantic/gallery.html<br>This is the official page of one of the sponsors, Toyota.<br>This is actually two uses of the image, one thumbnail and one<br>larger on a separate page. |

Infringement





**Danica Patrick Copyright Infringements**

**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



# EXHIBIT 14



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| **Sequence N°** | 8 |
| **MP Stock N°** | 2995-02-06 |
| **Publication** | Indy Men's Magazine |
| **Infringer(s)** | Indy Men's Magazine |
| **Publication Date** | 5/1/2005 |
| **Publication Page N°** | Cover page |
| **Media Type** | Magazine |
| **Infringement Notes** | Indy Men's Magazine was apparently widely distributed at the time of the Indy 500 race. The magazine was contacted and has responded - please see copies of letters between Robert Cavallo and Indy Men's Magazine. |

**Infringement**



Danica Patrick Copyright Infringements



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# EXHIBIT 15



## McCain Photography
### 211 S 4th Avenue
### Tucson, AZ 85701
### (520) 623-1998

**Original MP Image**



2995-07-11

©2002 Edward McCain

| | |
|---|---|
| **Sequence Nº** | 9 |
| **MP Stock Nº** | 2995-07-11 |
| **Publication** | Indy Men's Magazine |
| **Infringer(s)** | Indy Men's Magazine |
| **Publication Date** | 5/1/2005 |
| **Publication Page Nº** | 38 |
| **Media Type** | Magazine |
| **Infringement Notes** | Indy Men's Magazine was apparently widely distributed at the time of the Indy 500 race. The magazine was contacted and has responded - please see copies of letters between Robert Cavallo and Indy Men's Magazine. |

**Infringement**



**Danica Patrick Copyright Infringements**



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# WHA THIS W

## Danica Patrick

**WHAT'S MOST** impressive? The fact that she's 23 and has already garnered a spot on the Rahal-Letterman Racing Team? The fact that she's doing things no woman has ever done on a racing oval, including becoming the first to lead an open-wheel championship (Toyota Atlantic) and scoring the highest finish ever for an American at the Formula Ford Festival in England? The fact that she is bringing hordes of new fans to the IRL with her crossover appeal (she hates country music, emulates Bobby Rahal and Lyn St. James and includes yoga in her training regimen)? Or the fact that she...well, that she looks like this?

**What's the first thing you're attracted to in a guy?** Wittiness. I look for smarts and intellect the most. Looks, eh...

**Most impressive car for a guy to be driving?** Anything they're proud of. I don't really care what it is. I'm not that into cars that don't go around a track.

**In a relationship, do you like to take the early lead?** No. I'm not so forward. I've been mostly just a shy girl when it comes to dating.

EXHIBIT 16



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

Original MP Image



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 28 |
| MP Stock N° | 2995-02-06 |
| Publication | Indy Men's Magazine home Page |
| Infringer(s) | Indy Men's Magazine |
| Publication Date | 5/1/2005 |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | http://indymensmagazine.com/default.asp<br>website using photo to promote Indy Men's Magazine online. |

Infringement



**Danica Patrick Copyright Infringements**



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



# EXHIBIT 17



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-25-02

©2002 Edward McCain

| | |
|---|---|
| **Sequence N°** | 51 |
| **MP Stock N°** | 2995-25-02 |
| **Publication** | Norwalk Furniture Danica Patrick card |
| **Infringer(s)** | Norwalk Furniture |
| **Publication Date** | |
| **Publication Page N°** | |
| **Media Type** | Promo card |
| **Infringement Notes** | ITwo MP photos used illegally - main image of Danica on right and large blue-toned B&W of car in the middle. Norwalk Furniture is a sponsor. The image was first cropped, set to Black and White and then toned to blue. |

**Infringement**





**Danica Patrick Copyright Infringements**

McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# EXHIBIT 18



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

12:01:21 PM
3/2/2007

**Original MP Image**



2995-32-08

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 52 |
| MP Stock N° | 2995-32-08 |
| Publication | Norwalk Furniture Danica Patrick card |
| Infringer(s) | Norwalk Furniture |
| Publication Date | |
| Publication Page N° | |
| Media Type | Promo card |
| Infringement Notes | Two MP photos used illegally - main image of Danica on right and large blue-toned B&W of car in the middle. Norwalk Furniture is a sponsor. The image was first cropped, set to Black and White and then toned to blue. |

**Infringement**



**Danica Patrick Copyright Infringements**



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



EXHIBIT 19

# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**





**Birthdate:** March 25, 1982
**Birthplace:** Beloit, Wis.
**Residence:** Phoenix, Ariz.
**Ht./Wt.:** 5-1/100
**Marital Status:** Single

**First IndyCar®**
**Start:** 3/6/05 - Homestead
Third woman to compete
in the IRL IndyCar® Series

**Atlantic Series**
**Poles:** 1
**First Atlantic Pole:** 6/19/04 - Portland
**Best Atlantic**
**Points Finish:** 3rd - 2004
**Highest Placing**
**Woman in an**
**Atlantic race:** 2nd - Miami, Portland

**16 Danica Patrick**

**Career Highlights**
- Finished 3rd in 2004 Atlantic Series points (highest finish by a woman in series history).
- 2004 Portland Atlantic Pole winner (1st woman to win a pole in 30 years of the Atlantic series).
- First woman in open-wheel racing history to lead championship in any series (Atlantic championship after the 4th round in 2004).
- Second place finishes (Miami, 2003; Portland, 2004), are the highest finishes by a woman in the series history.
- Scored a podium finish (3rd) in her first Atlantic Series race (Monterrey, 2003) and became the first woman to capture a podium result in series history.
- Runner-up in the prestigious Formula Ford Festival in England, posting the highest USA driver finish ever.
- Won the pro division in the 2002 Long Beach Grand Prix Pro/Celebrity race defeating four time Trans Am champion Tommy Kendall and former IndyCar Series' driver Sarah Fisher.
- Won three national karting championships before the age of 16.

**Front**                                    **Back**

# EXHIBIT 20



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| **Sequence N°** | 85 |
| **MP Stock N°** | 2995-02-06 |
| **Publication** | T-shirt distributed by SPEEDGEAR |
| **Infringer(s)** | Speedgear / F1 Marketing Group |
| **Publication Date** | |
| **Publication Page N°** | |
| **Media Type** | merchandise |
| **Infringement Notes** | T-shirt with cut-out picture (background removed), and used in graphic illustration. This was sold on the Speedgear website, which sells products associated with Indy racing. I purchased two shirts and have them as evidence, if needed. They have been contacted & Team Rahal responded (letter to Cavallo). They have stopped selling this version of the shirt online. |

**Infringement**



# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

---

NEW! SpeedGear.com - F1 Marketing Group, Inc. Racing Accessories

6/2/05 1:15 PM



**SPEEDGEAR**
AUTHENTIC RACEWEAR

CALL TOLL FREE 1-800-777-4453

--Select a Driver--  GO
--Select a Team--  GO
--Select a Product Type--  GO

Search:  GO

Home
Auctions
About Us
Calendar
Links
Support



FORMULA 1 | FERRARI | CHAMP CAR | INDY CAR | DIE CAST | BOOKS/VIDEO | ART/POSTERS | OUTLET SHOP | MOTORBIKE | SIGNED | AUTOMOTIVE | MOTORING

## INDYCAR & SPEEDGEAR

○ Drivers
- ⊞ A.J. Foyt
- ⊞ A.J. Foyt IV
- ⊞ Adrian Fernandez
- ⊞ Bobby Unser
- ⊞ Bryan Herta
- ⊞ Buddy Rice
- ⊞ Dan Gurney
- ⊞ Dan Wheldon
- ⊞ Danica Patrick
- ⊞ Dario Franchitti
- ⊞ Darren Manning
- ⊞ Helio Castroneves
- ⊞ Kosuke Matsuura
- ⊞ Mario Andretti
- ⊞ Mark Taylor
- ⊞ Parnelli Jones
- ⊞ Sam Hornish, Jr.
- ⊞ Sarah Fisher
- ⊞ Scott Dixon
- ⊞ Scott Sharp
- ⊞ Thomas Scheckter
- ⊞ Tom Sneva
- ⊞ Tony Kanaan
- ⊞ Vitor Meira

Rahal Letterman Ladies Danica Patrick IM Ready Tee





Item No: TR5111

100% cotton.

**Select One:**
S

| Option | Price | Member |
|--------|-------|--------|
| S | $20.00 | $18.00 |
| Expected by 05/16/05 | | |
| M | $20.00 | $18.00 |
| Expected by 05/16/05 | | |
| L | $20.00 | $18.00 |
| Expected by 05/16/05 | | |
| XL | $20.00 | $18.00 |
| Expected by 05/16/05 | | |
| XXL | $21.00 | $18.90 |
| Expected by 05/16/05 | | |

Currency Converter | Tell a Friend | Buy

# EXHIBIT 21



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-20-12

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 37 |
| MP Stock N° | 2995-20-12 |
| Publication | www.espn.go.com |
| Infringer(s) | ESPN |
| Publication Date | |
| Publication Page N° | http://proxy.espn.go.com/chat/chatESPN? |
| Media Type | Internet |
| Infringement Notes | www.espn.go.com/chat |
| | http://proxy.espn.go.com/chat/chatESPN?event_id=7436 |
| | |
| | ESPN Sports Nation Web article |
| | NOTE: The photo credit has AP which apparently means that |
| | the Associated Press is distributing the image. |
| Infringement | |





# Danica Patrick Copyright Infringements

**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**





