EXHIBIT 22



## McCain Photography
### 211 S 4th Avenue
### Tucson, AZ 85701
### (520) 623-1998

**Original MP Image**



2995-14-02

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 33 |
| MP Stock N° | 2995-14-02 |
| Publication | motorsport.com |
| Infringer(s) | Motorsport |
| Publication Date | |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | http;//www.motorsport.com |

The printed version of the magazine has a circulation of approx. 31,871. According to the motorsport website: " Motorsport.com, inc. is a Florida corporation, with headquarters in Tallahassee, Florida. It has locations and/or staff located in six countries and three continents around the world."

**Infringement**



# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

Google Image Result for http://www.motorsport.com/photos/alms/2003/gen/thumbs/alms-2003-gen-tm-0138.jpg

http://images.google.com/imgres?imgurl=http://www.motorsport.com/photos/alms/2003/gen/thumbs/alms    Q▾ danica patrick

Google Image Result for...

## Google Images

See full-size image

www.motorsport.com/.../ alms-2003-gen-tm-0138.jpg
96 x 144 pixels - 12k
*Image may be scaled down and subject to copyright.*

Remove Frame ⊠
Image Results »

Below is the image in its original context on the page: **www.motorsport.com/.../Wednesday**

in an American Le Mans
Series car

her first test in an American
Le Mans Series car
Wednesday at Road Atlanta

president Scott Atherton
and Bobby Rahal, her CART
team owner

Danica Patrick debriefs with
members of the Orbit
Racing Team and her CART
team owner, Bobby Rahal,
after testing an American
Le Mans Series car

Danica Patrick and Bobby
Rahal talk to American Le
Mans Series Founder Don
Panoz and President Scott
Atherton on Wednesday at
Road Atlanta

Danica Patrick

1

All material and photos are copyrighted material and owned by their respective owners. Click on
a photo to see the credits for each individual image.

| News | Magazine | Photos | Statistics | Directory | Compete | Forums |
| Contact | Ad Info | Corporate | Join us |
| Newsletters |

Copyright © 1994-2005 Motorsport.com, Inc. All rights reserved.
Please read our Disclaimer, Trademark and Privacy policy.

# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

Motorsport.com: Photo viewer

**Danica Patrick**
ALMS > Road Atlanta tests, 2003-05-28 (Road Atlanta Motorsports Center): Wednesday
Image by ALMS/Rick Dole

**More photos:** ALMS  2003 Road Atlanta tests  Danica Patrick  Road Atlanta Motorsports Center  ALMS/Rick_Dole

| News | Magazine | Photos | Statistics | Directory | Compete | Forums |
| Contact | Ad Info | Corporate | Join us | Newsletters |

Copyright © 1994-2005 Motorsport.com, Inc. All rights reserved.
Please read our Disclaimer, Trademark and Privacy policy.

# EXHIBIT 23

Danica Patrick Copyright Infringements



12:01:21 PM
3/2/2007

## McCain Photography
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence Nº | 80 |
| MP Stock Nº | 2995-02-06 |
| Publication | Hero Card-IRL-2005 |
| Infringer(s) | Firestone |
| Publication Date | |
| Publication Page Nº | |
| Media Type | Promo card |
| Infringement Notes | 16 Danica Patrick, Rahal Letterman Racing card, probably published in 2005. Includes sponsor logos by Argent Mortgage, Indy Honda Racing, Pioneer Electronics, The Bobby Rahal Automotive Group, TIMKEN, Logicalis, Worldwide Pants, Norwalk Furniture, bea and Firestone. |

**Infringement**



# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**





| | |
|---|---|
| Birthdate: | March 25, 1982 |
| Birthplace: | Beloit, Wis. |
| Residence: | Phoenix, Ariz. |
| Ht./Wt.: | 5-1/100 |
| Marital Status: | Single |
| First IndyCar® Start: | 3/6/05 - Homestead. Third woman to compete in the IRL IndyCar® Series |
| Atlantic Series Poles: | 1 |
| First Atlantic Pole: | 6/19/04 - Portland |
| Best Atlantic Points Finish: | 3rd - 2004 |
| Highest Placing Woman in an Atlantic race: | 2nd - Miami, Portland |

**16 Danica Patrick**

**Career Highlights**

- Finished 3rd in 2004 Atlantic Series points (highest finish by a woman in series history).
- 2004 Portland Atlantic Pole winner (1st woman to win a pole in 30 years of the Atlantic series).
- First woman in open-wheel racing history to lead championship in any series (Atlantic championship after the 4th round in 2004).
- Second place finishes (Miami, 2003; Portland, 2004), are the highest finishes by a woman in the series history.
- Scored a podium finish (3rd) in her first Atlantic Series race (Monterrey, 2003) and became the first woman to capture a podium result in series history.
- Runner-up in the prestigious Formula Ford Festival in England, posting the highest USA driver finish ever.
- Won the pro division in the 2002 Long Beach Grand Prix Pro/Celebrity race defeating four time Trans Am champion Tommy Kendall and former IndyCar Series® driver Sarah Fisher.
- Won three national karting championships before the age of 16.

Front                                      Back

# EXHIBIT 24



## McCain Photography
### 211 S 4th Avenue
### Tucson, AZ 85701
### (520) 623-1998

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| **Sequence N°** | 43 |
| **MP Stock N°** | 2995-02-06 |
| **Publication** | www.cesweb.org |
| **Infringer(s)** | Consumer Electronics Show / Consumer Electronics |
| **Publication Date** | |
| **Publication Page N°** | |
| **Media Type** | Internet |
| **Infringement Notes** | www.cesweb.org/images/speakers/Patrick-lifestyle |

Cesweb - celebrity lifestyle web article
CES is the acronym for Consumer Electronics Show, one of the biggest attractions for electronics companies in the world. This would be the official website for the CES, which is produced by the Consumer Electronics Association (CEA)

**Infringement**





# Danica Patrick Copyright Infringements

**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



See full-size image.
www.cesweb.org/.../ Patrick-lifestyle.jpg
125 x 124 pixels - 7k
*Image may be scaled down and subject to copyright.*

Remove Frame ⊠
Image Results »

Below is the image in its original context on the page: **www.cesweb.org/.../ special_events/celebs.asp**

SIRIUS Satellite Radio
4-5 p.m. Thursday, Jan. 6, LVCC Central Hall, #9817
Bill Walton and Bill Kreutzmann autograph sessions:
2-2:30 p.m., LVCC North Hall, #4020
5-5:30 p.m., LVCC Central Hall #9817

**Friday, January 7**



Buddy Rice, 2004 Indy 500 Champion, and Danica Patrick
Pioneer
10 a.m.- 12 p.m. and 2-4 p.m. Friday, January 7, LVCC Central Hall, #9826
Get an autograph from Buddy Rice, 2004 Indy 500 Champion, and Danica Patrick,
rookie indy car driver for the 2005 JRS season.

**The Red Zone with Cris Carter and Steve Cohen**
SIRIUS Satellite Radio
10 a.m.-12 p.m. Friday, Jan. 7, LVCC Central Hall, #9817
Featuring guest Tony Gonzalez, who will also sign autographs at 12:30 p.m. Friday in North Hall, #4020. Cris Carter's
autograph session is 1:30 p.m. Friday in North Hall, #4020.



**Tom Arnold**
SSD COMPANY LIMITED/XaviX
11:30 a.m.-2 p.m. and 3-4 p.m. Friday, Jan. 7, LVCC South Hall 3, Upper Level #31774

# EXHIBIT 25



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 72 |
| MP Stock N° | 2995-02-06 |
| Publication | Hero Card-IRL-2005 |
| Infringer(s) | Honda / American Honda Motor Co., Inc. |
| Publication Date | |
| Publication Page N° | |
| Media Type | Promo card |
| Infringement Notes | 16 Danica Patrick, Rahal Letterman Racing card, probably published in 2005. Includes sponsor logos by Argent Mortgage, Indy Honda Racing, Pioneer Electronics, The Bobby Rahal Automotive Group, TIMKEN, Logicalis, Worldwide Pants, Norwalk Furniture, bea and Firestone. |

**Infringement**



Danica Patrick Copyright Infringements



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998

# EXHIBIT 26

Danica Patrick Copyright Infringements

11:17:05 AM
3/2/2007



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-02-06

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 77 |
| MP Stock N° | 2995-02-06 |
| Publication | Hero Card-IRL-2005 |
| Infringer(s) | Worldwide Pants Inc. |
| Publication Date | |
| Publication Page N° | |
| Media Type | Promo card |
| Infringement Notes | 16 Danica Patrick, Rahal Letterman Racing card, probably published in 2005. Includes sponsor logos by Argent Mortgage, Indy Honda Racing, Pioneer Electronics, The Bobby Rahal Automotive Group, TIMKEN, Logicalis, Worldwide Pants, Norwalk Furniture, bea and Firestone. |

**Infringement**



# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



**Front**



| | |
|---|---|
| Birthdate: | March 25, 1982 |
| Birthplace: | Beloit, Wis. |
| Residence: | Phoenix, Ariz. |
| Ht./Wt.: | 5-1/100 |
| Marital Status: | Single |
| First IndyCar* | 3/6/05 - Homestead |
| Start: | Third woman to compete in the IRL IndyCar* Series |
| Atlantic Series Poles: | 1 |
| First Atlantic Pole: | 6/19/04 - Portland |
| Best Atlantic Points Finish: | 3rd - 2004 |
| Highest Placing Woman in an Atlantic race: | 2nd - Miami, Portland |

## 16 Danica Patrick

**Career Highlights**

- Finished 3rd in 2004 Atlantic Series points (highest finish by a woman in series history).
- 2004 Portland Atlantic Pole winner (1st woman to win a pole in 30 years of the Atlantic series).
- First woman in open-wheel racing history to lead championship in any series (Atlantic championship after the 4th round in 2004).
- Second place finishes (Miami, 2003; Portland, 2004), are the highest finishes by a women in the series history.
- Scored a podium finish (3rd) in her first Atlantic Series race (Monterrey, 2003) and became the first woman to capture a podium result in series history.
- Runner-up in the prestigious Formula Ford Festival in England, posting the highest USA driver finish ever.
- Won the pro division in the 2002 Long Beach Grand Prix Pro/Celebrity race defeating four time Trans Am champion Tommy Kendall and former IndyCar Series* driver Sarah Fisher.
- Won three national karting championships before the age of 16.

**Back**

# EXHIBIT 27

# Danica Patrick Copyright Infringements



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**





| | |
|---|---|
| Birthdate: | March 25, 1982 |
| Birthplace: | Beloit, Wis. |
| Residence: | Phoenix, Ariz. |
| Ht./Wt.: | 5-1/100 |
| Marital Status: | Single |
| First IndyCar® Start: | 3/6/05 - Homestead Third woman to compete in the IRL IndyCar® Series |
| Atlantic Series Poles: | 1 |
| First Atlantic Pole: | 6/19/04 - Portland |
| Best Atlantic Points Finish: | 3rd - 2004 |
| Highest Placing Woman in an Atlantic race: | 2nd - Miami, Portland |

**16 Danica Patrick**

**Career Highlights**
- Finished 3rd in 2004 Atlantic Series points (highest finish by a woman in series history).
- 2004 Portland Atlantic Pole winner (1st woman to win a pole in 30 years of the Atlantic series).
- First woman in open-wheel racing history to lead championship in any series (Atlantic championship after the 4th round in 2004).
- Second place finishes (Miami, 2003; Portland, 2004), are the highest finishes by a women in the series history.
- Scored a podium finish (3rd) in her first Atlantic Series race (Monterrey, 2003) and became the first woman to capture a podium result in series history.
- Runner-up in the prestigious Formula Ford Festival in England, posting the highest USA driver finish ever.
- Won the pro division in the 2002 Long Beach Grand Prix Pro/Celebrity race defeating four time Trans Am champion Tommy Kendall and former IndyCar Series® driver Sarah Fisher.
- Won three national karting championships before the age of 16.

**INDY Honda Racing Pioneer**

Front                                                    Back

# EXHIBIT 28

# Danica Patrick Copyright Infringements



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



**16 Danica Patrick**

ARGENT MORTGAGE    INDY Honda Racing Pioneer

Front



| | |
|---|---|
| **Birthdate:** | March 25, 1982 |
| **Birthplace:** | Beloit, Wis. |
| **Residence:** | Phoenix, Ariz. |
| **Ht./Wt.:** | 5-5/100 |
| **Marital Status:** | Single |
| **First IndyCar®** | 3/6/05 - Homestead |
| **Starts:** | Third woman to compete in the IRL IndyCar® Series |
| **Atlantic Series** | |
| **Poles:** | 1 |
| **First Atlantic Pole:** | 6/19/04 - Portland |
| **Best Atlantic Points Finish:** | 3rd - 2004 |
| **Highest Placing Woman in an Atlantic race:** | 2nd - Miami, Portland |

**16 Danica Patrick**

**Career Highlights**

- Finished 3rd in 2004 Atlantic Series points (highest finish by a woman in series history).
- 2004 Portland Atlantic Pole winner (1st woman to win a pole in 30 years of the Atlantic series).
- First woman in open-wheel racing history to lead championship in any series (Atlantic championship after the 4th round in 2004).
- Second place finishes (Miami, 2003; Portland, 2004), are the highest finishes by a women in the series history.
- Scored a podium finish (3rd) in her first Atlantic Series race (Monterrey, 2003) and became the first woman to capture a podium result in series history.
- Runner-up in the prestigious Formula Ford Festival in England, posting the highest USA driver finish ever.
- Won the pro division in the 2002 Long Beach Grand Prix Pro/Celebrity race defeating four time Trans Am champion Tommy Kendall and former IndyCar Series® driver Sarah Fisher.
- Won three national karting championships before the age of 16.

The Bobby Rahal Automotive Group    TIMKEN    LOGICALIS    Wo-RLDWIDE PINTS    NORWALK    Ihea    Firestone

Back

# EXHIBIT 29

.

**Danica Patrick Copyright Infringements**

McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998





Front



Back

# EXHIBIT 30



› **American Le Mans Series Radio** › **IMSA Live Timing & Scoring** › **IMSA Fan Club** › **IMSA Car Corrals**

 

**ZF Sachs stands for more than a century of innovative mobility - around the world.**

*IMSA Car Corrals at 12 Hours of Sebring*
*2006 CD Photo Keepsake*

**2006 HEADLINES**

**HEADLINES**

› Back to Headlines



### Danica Patrick Gets New Teammate for Debut

ALMS

Andy Hall

6-24-2003

Danica Patrick will have a new co-driver for her debut in the American Le Mans Series in this weekend's Chevy Grand Prix of Atlanta.

The 21-year-old rising American racing star was slated to co-drive with Anthony Davidson of England for the Prodrive Ferrari team at Road Atlanta. However, due to his commitments as a Formula One testing driver, Davidson could not compete in all of the eight remaining races on the ALMS schedule and has therefore backed out of driving for Prodrive in America.

Taking his place in the #80 Ferrari 550 Maranello will be Jerome Policand of France, a longtime veteran of European road racing. Policand drove a Prodrive-prepared Ferrari for the Luke Alphand Aventures team in the recent 24 Hours of Le Mans.

Policand has one career start in ALMS competition, finishing sixth overall while driving a Prototype in the series event held at Germany's Nurburgring circuit in 2000.



Danica Patrick

› **IMSA Staff Forum** | › **Links** | › **Archives** | › **Contact Information**

# EXHIBIT 31

**Danica Patrick Copyright Infringements**



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998

---

MARK BLUNDELL                                    http://www.mark-blundell.com/news/newsdetail.asp?championship_...



| Home | Profiles | Events | News | Register |

## This Section

**Blundell News**
**F1 News**
**ALMS News**
**Le Mans News**
**Champ Cars News**
**IRL News**
**World Rally News**
**British Rally News**

### Latest Pictures









# Double-header gives Patrick chance to close.

18 June 2004



After three races of the 2004 Toyota Atlantic Championship, Team Rahal's Danica Patrick and Chris Festa each sit securely in the top ten in points, with Patrick a mere four points behind surprise championship leader Ronnie Bremer.

When all is said and done with the 2004 season, this upcoming weekend at Portland could be a critical juncture in the championship, as it features two Atlantic races for the sixth time since 1991, but only the first since Homestead in 2000.

The Argent Mortgage-backed event offers an opportunity to the teams which are fast and have their set-up perfected to post major points, or for the teams that miss the mark an opportunity to dig themselves into quite a hole.

"At the end of the season, every race pays the same amount of points as the others, so no one race is more important than the others," said Argent-backed driver Patrick, "However, this weekend will mean more because we have two races. You don't want to get all turned around if you have a bad first race, but there is no question a poor first race will increase the pressure of the second outing. I am just approaching the weekend as if there is one Saturday race. Only after we run on Saturday will we shift our attention to Sunday."

"It is a long season, but this is an extremely competitive series. The top-five in points are within 12 points of each other. If you can have a strong weekend and post a pair of podium results, you might get a little space between yourself and some of the others in the championship. We have been running really strong in the Argent car and, based on the test we had at Portland in April, we know we will be one of the fastest car's this weekend. The key is to capitalise on the opportunity and score as many points as possible."

Patrick has posted five straight top-five results entering this weekend's double header, but 18-year old rookie team-mate Festa has yet to run that many events in total as he enters the weekend tenth in the championship, four points behind ninth-placed Alex Figge.

"We tested at Portland after Long Beach and we were pretty quick, so I am feeling pretty optimistic heading into the weekend," the youngster said, "It will be good to get back onto a road course after the weekend in Milwaukee and, with two races, it will be an important weekend. You want to avoid mistakes because, if you damage the car early in the weekend, then you can really hamper yourself over the next couple of days."

Click here to return to the previous page.

Powered By: [logo]

---

1 of 1                                                                   4/24/06 2:18 PM

# EXHIBIT 32

## Danica Patrick Copyright Infringements



**McCain Photography**
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



**16 Danica Patrick**

ARGENT MORTGAGE   *INDY* **Honda Racing Pioneer**

Front



Birthdate: March 25, 1982
Birthplace: Beloit, Wis.
Residence: Phoenix, Ariz.
Ht./Wt.: 5-1/100
Marital Status: Single

First IndyCar® 3/6/05 - Homestead
Start: Third woman to compete
in the IRL IndyCar® Series

**Atlantic Series**
Poles: 1
First Atlantic Pole: 6/19/04 - Portland
Best Atlantic
Points Finish: 3rd - 2004
Highest Placing
Woman in an
Atlantic race: 2nd - Miami, Portland

**16 Danica Patrick**

**Career Highlights**
- Finished 3rd in 2004 Atlantic Series points (highest finish by a woman in series history).
- 2004 Portland Atlantic Pole winner (1st woman to win a pole in 30 years of the Atlantic series).
- First woman in open-wheel racing history to lead championship in any series (Atlantic championship after the 4th round in 2004).
- Second place finishes (Miami, 2003; Portland, 2004), are the highest finishes by a women in the series history.
- Scored a podium finish (3rd) in her first Atlantic Series race (Monterrey, 2003) and became the first woman to capture a podium result in series history.
- Runner-up in the prestigious Formula Ford Festival in England, posting the highest USA driver finish ever.
- Won the pro division in the 2002 Long Beach Grand Prix Pro/Celebrity race defeating four time Trans Am champion Tommy Kendall and former IndyCar Series® driver Sarah Fisher.
- Won three national karting championships before the age of 16.

TIMKEN   LOGICALIS   WORLDWIDE POINTS   NORWALK   Chea·   Firestone

Back