# EXHIBIT 33



**Danica Patrick Copyright Infringements**
**All Information Confidential**
**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

11:06:16 AM
7/30/2005

Original MP Image



2995-25-4
©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 32 |
| MP Stock N° | 2995-25-4 |
| Publication | americanlemons.com |
| Publication Date | 6/8/2003 |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | http;/americanlemons.com/ storyArchives/060903danicaprodrive.asp |
| | American LeMans Magazine web article |
| | Also featuring McCain Photo # 2995-2-6 |

Infringement Image





ALMS NEWS - 06/09/03: DANICA PATRICK JOINS PRODRIVE FERRARI TEAM FOR AMERICAN LE MANS SERIES

http://www.americanlemans.com/storyArchives/060903danicaprodrive.asp

News | Fan Frenzy | Schedule | Paddock | Drivers/Cars/Teams | Tickets | Shoppe | About ALMS | Contact Us | Home

-- NEWS --

STORY

## DANICA PATRICK JOINS PRODRIVE FERRARI TEAM FOR AMERICAN LE MANS SERIES

Andy Hall, 6/9/2003

*BRASELTON, GA* - Just over a week after testing an American Le Mans Series car for the first time, rising young American racing star Danica Patrick has joined one of the strongest teams in the series and will make her series debut in the Chevy Grand Prix of Atlanta at Road Atlanta June 27-29.



Patrick has joined the driving squad of the British Prodrive team, which on behalf of Care Racing Development will field a pair of Ferrari 550 Maranellos in the GTS class in the eight remaining rounds of the 2003 American Le Mans Series season. The 21-year-old Patrick, from Roscoe, Ill., will co-drive with Anthony Davidson of England in the #80 Prodrive Ferrari.

Being paired with Davidson represents somewhat of a reunion for Patrick, who finished second to Davidson in the 2000 Formula Ford Festival in England, the highest finish ever by an American driver, and raced against him on several occasions. In addition to racing for Prodrive, Davidson is also the official test driver for the BAR Formula One team. Tomas Enge of the Czech Republic and Peter Kox of The Netherlands will share the #88 Prodrive team car.

Patrick will be thrust into the ongoing battle for GTS class supremacy in the American Le Mans Series between the Prodrive Ferraris and the U.S.-based factory Chevrolet Corvette team. Joining the ALMS for the final three races of 2002, the Prodrive Ferrari was the only car able to beat the Corvette team in a race, with Enge and Kox winning the GTS class in the ALMS round at Mazda Raceway Laguna Seca, along with pole positions by Enge in two of the three races. The Ferrari vs. Corvette battle has been one of the most competitive in the series.



Patrick has been tabbed for racing stardom by many observers since beginning her career at age 10. After dominating go karts racing and winning three national titles from her Illinois base, she moved to England at the age of 16 and spent several years developing her road racing skills. She made her debut in the Formula Vauxhall Winter Series in 1998, then ran a full season in 1999. After her performance in the prestigious Festival event in 2000, she raced in the British Zetek Formula Ford championship in 2001.

Danica Patrick

Her results in England caught the eye of former Indianapolis 500 winner Bobby Rahal, owner of a multi-faceted racing team that includes CART Champ Car and Indy Racing League efforts. Shortly after Patrick won the Long Beach Grand Prix Toyota Pro/Celebrity Race in 2002, Rahal signed her to drive for his team, and she ran a limited Barber-Dodge Pro Series schedule for Team Rahal in preparation for a full CART Toyota Atlantic Series assault in 2003.

But Rahal wanted more opportunities for his young protégé, and he had been working behind the scenes, talking to various teams in the American Le Mans Series to try and put together a ride for Patrick in the remaining part of the 2003 season and beyond. She came to Road Atlanta on May 28 and did a test in the GT class Porsche fielded by Orbit Racing, and negotiations with the Prodrive team accelerated in the next week.

"I feel that it's important for a driver to drive in different types of racing," said Rahal, who won Indy in 1986 and was CART

# EXHIBIT 34

**Danica Patrick Copyright Infringements**



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**



## September 9, 2005

### Discovery Channel Dedicates One to the Ladies

TAGS: NEWS; RACING; TV; MEDIA; THE DISCOVERY CHANNEL

 

Milka, meet Danica; Danica, Milka. While we have our own ideas on how a meeting between Indy racer Danica Patrick and Venezuelan La Mans driver Milka Duno would transpire, The Discovery Channel is producing its own version, Girl Racers, which includes neither a country house in northern Italy nor a truckload of lime Jello. What it will include are profiles on Duno, Patrick and six other racerchicks, including Annette Blenkarn; Valerie Limoges; Melanie Patterson; Ashley Zlarko; and Natasha Cherchuk, as well as appearances by legendary drag queen (er, you know) Shirley Muldowney and Indy driver Lyn St. James. Of course, in our version, Jason Prestley's narration would likely be entirely unnecessary.

Biography Channel to Explore Girl Racers [Edmunds]

Milka Duno, Danica Patrick [Racerchicks]

Related:
Danica to Ecclestone: Say What? [Internal]





## Welcome

Jalopnik loves cars. Secret cars, concept cars, flying cars, vintage cars, tricked-out cars, red cars, black cars, blonde cars – sometimes, cars just because of the curve of a hood.

**PUBLISHED BY**

[G]

**GAWKER MEDIA**

GAWKER · WONKETTE
DEFAMER · LIFEHACKER
FLESHBOT · JALOPNIK
SCREENHEAD · DEADSPIN
GRIDSKIPPER · GIZMODO
SPLOID · KOTAKU · KOTAKU
VALLEYWAG

## Contact

Editor : Mike Spinelli
Email | AIM

Associate Editor,
L.A. : Davey G.
Johnson
Email | AIM

Associate Editor,

# EXHIBIT 35



**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

**Original MP Image**



2995-04-02

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 38 |
| MP Stock N° | 2995-04-02 |
| Publication | www.sptimes.com |
| Infringer(s) | St. Petersburg Times |
| Publication Date | 4/1/2005 |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | www.sptimes.com |

St. Petersburg Times web article

**Infringement**



# Danica Patrick Copyright Infringements



McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



# EXHIBIT 36



Danica Patrick Copyright Infringements
All Information Confidential
McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998

11:06:16 AM
7/30/2005

**Original MP Image**



2995-14-2

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 34 |
| MP Stock N° | 2995-14-2 |
| Publication | www.whowon.com |
| Publication Date | |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | www.whowon.com |
| | Who Won web article |

**Infringement Image**





**TRACKS   SERIES   SCHEDULES   CALENDAR   CLASSIFIEDS   FORUM   RACESHOP   MOBILE**

Make WhoWon.com your home page

**SECTIONS**
- National Headlines
- Local Track News
- Valvoline Cup
- Team Reports
- Business & Industry
- Marketing News
- TV Listings
- Racing on Radio
- Trade Shows, Swap Meets & Auctions

**FAVORITES**
- Sprint - Midget
- Dirt Late Model
- Drag Racing
- Asphalt Late Model
- Dirt Modified
- Sports Car
- Antique - Vintage
- Big Stock
- F1 - Indy - CART
- Karting
- Asphalt Modified
- Micro/Mini Sprint
- Rally
- Motorcycle
- Off-Road
- Scaled Stock
- Truck

Thursday, May 29, 2003

# Danica Patrick tests American Le Mans Series car at Road Atlanta, eyes series debut

by Andy Hall

BRASELTON, Ga. — One of the rising and most promising young stars of American racing, Danica Patrick, tested an American Le Mans Series car on Wednesday at Road Atlanta and hopes to make her racing debut in the professional sports car racing series in the June 27-29 Chevy Grand Prix of Atlanta.

The 21-year-old open-wheel racer did some testing laps in a Porsche 911 GT3 RS fielded by Orbit Racing, a Florida-based team that regularly competes in the American Le Mans Series. Patrick's stint in the car was under the watchful eye of former Indianapolis 500 winner Bobby Rahal, her car owner in the CART Toyota Atlantic Series as well as her mentor and advisor.

"I enjoyed it," said Patrick after the test session. "It's a matter of getting used to the car and to some things I haven't done in a race car since last year with the way the brakes work, the way you shift and using a clutch. Plus I've never been to Road Atlanta, and never saw it until today, so the track takes some getting used to.

"The car wasn't too big of a surprise or handful," she said.

(American Le Mans Series photo.)

**SAVINGS ALERT**

**DIRECTORY**

Select State or County

Mortgage Rates Hit Record Lows!

# EXHIBIT 37



**Danica Patrick Copyright Infringements**
**All Information Confidential**
**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

11:06:16 AM
7/30/2005

**Original MP Image**



2995-19-4

©2002 Edward McCain

| | |
|---|---|
| Sequence Nº | 26 |
| MP Stock Nº | 2995-19-4 |
| Publication | ekartingnews.com |
| Publication Date | 9/30/2003 |
| Publication Page Nº | |
| Media Type | Internet |
| Infringement Notes | http://ekartingnews.com article |
| | This is an auto racing website |

**Infringement Image**



**ekartingnews.com**

Introducing EasyKart 125 National Classes for 2005

Grand Prix — Call 610-283-6662 — Sold East & West U.S. Region — US Warehouse

### SEPTEMBER 30, 2003 NEWS

**Toyota Atlantic News -- Valiante wins Miami, Patrick Ties CART Record with Second**

Canadian Michael Valiante (#19 Lynx Racing) closed out his season the same way it began, with a victory in the Argent Mortgage Toyota Atlantic 100k run in support of the Grand Prix Americas Presented by Sportsbook.com on Sunday.

Valiante who also won the season-opening Tecate/Telmex Monterrey Grand Prix-took advantage when polesitter A.J. Allmendinger (#4 RuSPORT) encountered a mechanical problem as the field approached the green flag, and vaulted from his third place grid position past outside front row starter Ryan Dalziel (#28 Pro-Works/Discovery Lake/Daily Record) into the lead at the start of the race. From that point on, Valiante was never challenged for the lead and went on to record a 1.209-second victory over Danica Patrick (#24 Argent Mortgage Company) in the 2003 CART Toyota Atlantic Championship Presented by Yokohama season finale.

For Valiante, the victory was his third of the season (Monterrey, Mid-Ohio, and Miami) and the sixth of his Toyota Atlantic career. It was also his second consecutive podium finish and his sixth podium of the season, as well as his eighth consecutive top four result and his 10th top four performance in 11 starts this season. With the victory, Valiante assured himself of third place in the final point standings, despite the fact that he missed Round 4 at Mazda Raceway Laguna Seca due to an illness. It was also the second consecutive victory on the streets of Miami for Lynx Racing, as Patrick Carpentier won from the pole driving for Lynx in the last Miami Toyota Atlantic street race in 1995.

With a second place finish, Patrick became the second woman in history to finish second in a CART-sanctioned event, joining Sara Senske, who was the runner-up in a Barber Dodge Pro Series event at Chicago Motor Speedway in 2001. It was Patrick's second podium finish of the season, as she opened the season with a third place result in Monterrey, and was her second consecutive top-five result, following a fifth place run at Denver last month. It was also Patrick's fifth top five result of the season, and it enabled her to claim sixth place in the final series point standings by just one marker ahead of Joey Hand (#27 DSTP Motorsports).

After losing two positions at the start of the race, Dalziel kept the pressure on Patrick throughout the race, but he was unable to fight his way past and had to settle for third. Nevertheless, the result allowed him to secure second place in the series point standings, and will receive his second place trophy in the 2003 CART Toyota Atlantic Championship Awards Banquet at the Hyatt Regency Miami on Sunday night.

It was Dalziel's fifth consecutive podium finish and his eighth podium of the season, and Dalziel and Allmendinger are the only two drivers in the series to have finished on the podium eight times this year. It was also the Scot's 10th straight top five performance and was his 13th top five in 14 starts dating to a third place run at Montreal in 2002.

Finishing fourth for the second consecutive event since rejoining the CART Toyota Atlantic Championship was 2002 series champion Jon Fogarty (#1 Norwalk Furniture). Fogarty managed to keep fourth despite the fact that he was hit from behind by Aaron Justus (#3 RuSPORT) on the first green flag lap as the field stacked up heading into the first turn, and it was also his seventh straight top four performance in Toyota Atlantic competition dating to a second place run at Cleveland last year.

Jonathan Macri (#84 NTN Bearings) completed the top five, and also completed every lap in the race for the 12th time this season. The Canadian is the only driver to have completed every lap this season. It was also his eighth top five result of the season, and solidified his fourth place position in the final point standings.

*Michael Valiante, Italian Motors, Lynx Racing*

**Danica Patrick**
(Photo courtesy Argent Mortgage Company)

Don't Gamble CLICK HERE — 1-888-466-KART

# EXHIBIT 38



**Danica Patrick Copyright Infringements**
**All Information Confidential**
**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

11:06:16 AM
7/30/2005

**Original MP image**



2995-19-4

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 36 |
| MP Stock N° | 2995-19-4 |
| Publication | nationalledger.com |
| Publication Date | 5/26/2005 |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | http://nationalledger.com/scribe/archives/2005/05/ danica_patrick_2.shtml <br> Inset picture on bottom right, foreground photo only (background image not McCain Photo) |

**Infringement Image**





**Formula 1 Driver Sale**
New and used Formula 1 Driver Check out
the deals now!

**Danica Patrick - Indy 500**
Should a Girl Be Able to Race? Vote & You
could Win $1000.00!

Ads by Goooooogle

G NEWS | POLITICAL ANALYSIS | COMMENTARY | SCRIBE JOURNAL | NEWS WIRE | ADVERTISE
EALTH/SCIENCE/TECH | MEDIA | NEWS REPORTS | ROCK SOLID ANALYSIS | SATIRE | SPORTS

May 26, 2005

# Danica Patrick Poised To Make History Sunday

Danica Patrick, the 23-year-old Rahal Letterman Racing driver,
will try to become the first woman to win the Indianapolis 500 on
Sunday.

Patrick, the only woman entered in the Indy 500 on May 29, is
more than a mere novelty act, Danica recorded the month's
second fastest speed [227.633 mph] two weeks ago. [second only
to a 227.804 posted by Tomas Scheckter].

In her last race, the Indy Japan 300 on April 30, Patrick started
from the outside pole, overtook the pole sitter, two-time series
champion Sam Hornish, to lead the first 18 laps and finished
fourth for her best effort in four IndyCar Series races to date.

A former go-kart champion, Patrick moved to England at age 16
to hone her open-wheel skills in the British Formula Ford ranks.
In 2000 she finished runner-up in the
prestigious Formula Ford Festival at Brands
Hatch which was the best showing for any
American. Danny Sullivan, the 1985
Indianapolis 500 winner, had the previous
top effort with a fourth place in 1974.

Team owner Bobby Rahal convinced her to
come back to the states and the rest is now history.

But, what happens if Danica Patrick actually wins Indy 500?

**SPLAT**
THE
CO-WORKER
AND GET A
FREE*
COMPAQ®
PRESARIO® I

ScribeJournal XML
JS
Commentary XML
JS

Ads by Goooooogle

**Formula 1 Team Jackets**
Ignite passion for
F1 by wearing
jacket of favorite
Formula 1 team.
www.esportshop.biz

Free Ringtone!
Your Ad Here

Home Equity Loans

Bad Credit Home Loan

Your Ad Here

**Ads by Google**
Danica Patrick
Molson Indy
Indy Montreal



# EXHIBIT 39



Danica Patrick Copyright Infringements
All Information Confidential
McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998

**Original MP Image**



2995-14-2

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 30 |
| MP Stock N° | 2995-14-2 |
| Publication | indymotorspeedway.com |
| Publication Date | |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | http://indymotorspeedway.com/500link2.htm |
| | indy motorspeedway web article |

**Infringement Image**



30



# EXHIBIT 40



**Danica Patrick Copyright Infringements**
**All Information Confidential**
**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

11:06:16 AM
7/30/2005

**Original MP Image**



2995-2-6

©2002 Edward McCain

| | |
|---|---|
| Sequence Nº | 29 |
| MP Stock Nº | 2995-2-6 |
| Publication | Indy motorspeedway web article |
| Publication Date | |
| Publication Page Nº | |
| Media Type | Internet |
| Infringement Notes | http://indymotorspeedway.com/danica.htm |

Also featuring McCain Photo #2995-14-2

**Infringement Image**





# EXHIBIT 41



**Danica Patrick Copyright Infringements**
**All Information Confidential**
**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

11:06:16 AM
7/30/2005

**Original MP Image**



2995-25-4

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 42 |
| MP Stock N° | 2995-25-4 |
| Publication | www.womanmotorist.com |
| Publication Date | |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | www.womanmotorist.com |
| | Woman Motorist Web Article |
| | Note sure of affiliation, if any |

**Infringement Image**



42



# EXHIBIT 42



**Danica Patrick Copyright Infringements**
**All Information Confidential**
**McCain Photography**
**211 S 4th Avenue**
**Tucson, AZ 85701**
**(520) 623-1998**

11:06:16 AM
7/30/2005

**Original MP Image**



2995-14-2

©2002 Edward McCain

| | |
|---|---|
| Sequence N° | 27 |
| MP Stock N° | 2995-14-2 |
| Publication | hondabeat.com |
| Publication Date | 12/08/2004 |
| Publication Page N° | |
| Media Type | Internet |
| Infringement Notes | http://hondabeat.com/racing_details |
| | Not sure of the official affiliation of the website. |

**Infringement Image**







Google Image Result for http://www.hondabeat.com/images/DanicaPatrick.jpg

Q· danica patrick

Remove Frame
Image Results »

**Google** Images

See full-size image.
www.hondabeat.com/images/DanicaPatrick.jpg
1911 x 250 pixels - 15k
Image may be scaled down and subject to copyright.

Below is the image in its original context on the page: www.hondabeat.com/racing_details.php?ID=90

*Honda Beat*

DISCLAIMER | OWNER LINKS

Vintage Honda Owners: Your 65 and older Honda is welcome at our VT show! Click Here

## Danica Patrick Joins Rahal Racing

Honda Beat Home
Articles
Beat Info
Classic Hondas
Classifieds
Contact
High Mileage Club
Links & Info
Maintenance
News Room
Racing
Recommended Shops
Sales Stats
Site Map
Vanity Plates

Web Site by VTP

**December 08, 2004**

Danica Patrick just wanted a chance to drive in the IRL. Now she has to prove she's worthy of it.

Patrick will join Indianapolis 500 champion Buddy Rice and Vitor Meira as drivers on the Rahal-Letterman team next season, co-owner Bobby Rahal said Wednesday.

"It's important to keep in mind what you're there for, and that's to drive a car," Patrick said.

She will become the third woman to race in the IRL. Sarah Fisher and Lyn St. James have competed on the circuit and in the Indy 500.

Fisher, one of the most popular drivers on the IRL circuit, has struggled to find full-time rides the past few years.

But Rahal's commitment assures Patrick of not being in the same predicament.

Rahal, the 1986 Indy winner, already has big-name sponsorship for Patrick and had promised in May to give her a chance next year. And while he doesn't expect her to win races immediately, he believes she can be competitive after driving on the Toyota Atlantic circuit.

"Danica is in a situation where she could be competitive," Rahal said. "But ultimately, she's going to have to stand on the gas, and that's up to her."

The announcement left one big name out of the series -- former Indy winner and IRL champ Kenny Brack, who hasn't raced since a near-fatal accident in October 2003.

amazon.com

# EXHIBIT 43

Danica Patrick Copyright Infringements

McCain Photography
211 S 4th Avenue
Tucson, AZ 85701
(520) 623-1998



