AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern    District of    New York

George Edward McCain

V.

Rahal Letterman Racing, LLC et al.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**07 CIV 5729**

**JUDGE CROTTY**

TO: (Name and address of Defendant)

Rahal Letterman Racing, LLC
4501 Lyman Drive
Hilliard, OH 43026

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Pelosi, Esq.
Pelosi Wolf Effron & Spates LLP
233 Broadway, 22nd Floor
New York, NY 10279

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                            JUN 1 5 2007

CLERK                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 6-25-07 3:00pm 4601 LYMAN DR Hilliard, OH 43026 |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER *(PRINT)* Rev. A T HODGE | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of ~~abode~~ *Bus.* with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: *Ms. Bonnie Hamilton-Allen*

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-25-07
              *Date*

*Rev. A T Hodge*
*Signature of Server*

1675 Franklin Ave Columbus, OH 43205
*Address of Server*

6/25/07

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.