EE_Rule7_1_Statement.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------x
GEORGE EDWARD McCAIN,                       :     ECF CASE
                                            :
                    Plaintiff,              :
                                            :     07-CV-5729 (JSR)
         -against-                          :
                                            :
RAHAL LETTERMAN RACING, LLC, et al.,        :     RULE 7.1 STATEMENT
                                            :
                    Defendants.             :
                                            :
----------------------------------------------------------------------x

       Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Defendant, **Ellen Emerson** (an individual) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: **NONE**.

Dated:  New York, New York
        July 23, 2007

                                          */s/ Carl E. Person*
                                          Carl E. Person  (CP 7637)
                                          Attorney for Defendant, Ellen Emerson
                                          325 W. 45th Street - Suite 201
                                          New York, New York 10036-3803
                                          (212) 307-4444