EE_Notice_of_Appearance_for_Deft_Emerson.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

GEORGE EDWARD McCAIN,

                Plaintiff,

    -against-

RAHAL LETTERMAN RACING, LLC, et al.,

                Defendants.
------------------------------------------------------------------x

ECF CASE

NOTICE OF APPEARANCE

07-CV-5729 (JSR)

        Please take notice that the undersigned counsel, **Carl E. Person**, is appearing as counsel on behalf of Defendant, **Ellen Emerson**.

Dated:    New York, New York
            July 23, 2007

                                          _____
                                          Carl E. Person  (CP  7637)
                                          Attorney for the Defendant, Ellen Emerson
                                          325 W. 45th Street - Suite 201
                                          New York, New York 10036-3803
                                          (212) 307-4444