**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

George Edward McCain,

      Plaintiff,

    -against-

Rahal Letterman Racing, LLC, et al.,

      Defendants.

No. 1:07-CV-05729 (JSR)

**ORDER FOR ADMISSION PRO**
**HAC VICE ON WRITTEN MOTION**

Upon the motion of Richard E. Haftel, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> H. Ritchey Hollenbaugh
> Carlile Patchen & Murphy, LLP
> 366 East Broad Street
> Columbus, Ohio 43215
> Email: hrh@cpmlaw.com
> Tele: (614) 228-6135
> Fax: (614) 221-0216

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 7-25-07

is admitted to practice pro hac vice as counsel for Defendants Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.us.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____7/24/07_____

City, State: __New York__, New York

_____

United States District/~~Magistrate Judge~~