UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

George Edward McCain,

    Plaintiff,

    -against-

Rahal Letterman Racing, LLC, et al.,

    Defendants.

No. 1:07-CV-05729 (JSR)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

---

Upon the motion of Richard E. Haftel, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> David J. Pasternak
> Pasternak, Pasternak & Patton
> A Law Corporation
> 1875 Century Park East, Suite 2200
> Los Angeles, California 90067-2523
> Email: djp@paslaw.com
> Tele: (310) 553-1500
> Fax: (310) 553-1540

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-07

is admitted to practice pro hac vice as counsel for Defendants Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.us.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 7/24/07
City, State: New York, New York

_____
United States District/~~Magistrate~~ Judge

W:\01950\0001\McCain v Argent\Pleadings\DJP-Order for Admission Pro Hac Vice on Written Motion for NY 07-17-07.

2