UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

George Edward McCain,

    Plaintiff,

-against-

Rahal Letterman Racing, LLC, et al.,

    Defendants.

No. 1:07-CV-05729 (JSR)

**NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard E. Haftel a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of:

> John W. Patton, Jr.
> Pasternak, Pasternak & Patton
> A Law Corporation
> 1875 Century Park East, Suite 2200
> Los Angeles, California  90067-2523
> Email: jwp@paslaw.com
> Tele: (310) 553-1500
> Fax: (310) 553-1540

John W. Patton, Jr. is a member in good standing of the Bar of the State of California.  There are no pending disciplinary proceedings against John W. Patton, Jr. in any State or Federal Court.

Date: July 23, 2007

                                                    *[signature]*
                                          Richard E. Haftel, Esq. (REH7394)
                                          HAFTEL & SILVERMAN, P.C.
                                          260 Madison Avenue, 17th Floor
                                          New York, New York 10016
                                          Tele:   (212) 686-3100
                                          Fax:    (212) 686-3151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

George Edward McCain

    Plaintiff

V.

Rahal Letterman Racing, LLC, et al.

    Defendants

No. 1:07-CV-05729 (JSR)

**AFFIRMATION OF RICHARD E. HAFTEL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

STATE OF NEW YORK    )
                               ) SS.
COUNTY OF NEW YORK   )

    RICHARD E. HAFTEL, ESQ., under penalty of perjury, affirms as follows:

    1.    I am a partner in the law firm of Haftel & Silverman, P.C. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion to Admit John W. Patton, Jr. as counsel pro hac vice to represent defendants Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have familiarized myself with and spoken with John W. Patten, Jr.. He is the former president of the Beverly Hills Bar Association.

4. John W. Patton, Jr. is a member of the law firm of Pasternak, Pasternak & Patton, A Law Corporation, in Los Angeles, California. He is admitted to practice before state and federal courts in the State of California. Attached hereto as Exhibit A is a certificate from the State Bar of California certifying that Mr. Patton is an active member of the State Bar of California in good standing.

5. I have found Mr. Patton to be a skilled attorney and a person of integrity. He is an experienced civil litigator, experienced in Federal practice, and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of John W. Patton, Jr., pro hac vice.

7. I respectfully submit a proposed order granting the admission of John W. Patton, Jr., pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit John W. Patton, Jr., pro hac vice, to represent Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in the above-captioned matter, be granted.

Dated:    July 23, 2007

_____
RICHARD E. HAFTEL

W:\01950\0001\McCain v Argent\Pleadings\JWP-Affidavit of Richard Haftel 07-17-07.DOC

THE
STATE BAR
OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

July 13, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN WESLEY PATTON, II, #90130 was admitted to the practice of law in this state by the Supreme Court of California on November 29, 1979; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| George Edward McCain, | No. 1:07-CV-05729 (JSR) |
| Plaintiff, | |
| -against- | **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |
| Rahal Letterman Racing, LLC, et al., | |
| Defendants. | |

---

Upon the motion of Richard E. Haftel, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

> John W. Patton, Jr.
> Pasternak, Pasternak & Patton
> 1875 Century Park East, Suite 2200
> Los Angeles, California 90067-2523
> Email: jwp@paslaw.com
> Tele: (310) 553-1500
> Fax: (310) 553-1540

is admitted to practice pro hac vice as counsel for Defendants Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.us.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.