UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK




George Edward McCain,   No. 1:07-CV-05729 (JSR)

  Plaintiff,

 -against-   NOTICE OF MOTION TO ADMIT
           COUNSEL PRO HAC VICE

Rahal Letterman Racing, LLC, et al.,

  Defendants.

---

  Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Richard E. Haftel a member in good standing of the bar of this court, hereby move for an Order allowing the admission pro hac vice of:

 H. Ritchey Hollenbaugh
 Carlile Patchen & Murphy, LLP
 366 East Broad Street
 Columbus, Ohio 43215
 Email: hrh@cpmlaw.com
 Tele: (614) 228-6135
 Fax: (614) 221-0216

  H. Ritchey Hollenbaugh is a member in good standing of the Bar of the State of California. There are no pending disciplinary proceedings against H. Ritchey Hollenbaugh in any State or Federal Court.

Date: July 23, 2007

_____
Richard E. Haftel, Esq. (REH7394)
HAFTEL & SILVERMAN, P.C.
260 Madison Avenue, 17th Floor
New York, New York 10016
Tele:  (212) 686-3100
Fax:   (212) 686-3151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

George Edward McCain

    Plaintiff

V.

Rahal Letterman Racing, LLC, et al.

    Defendants

No. 1:07-CV-05729 (JSR)

AFFIRMATION OF RICHARD E.
HAFTEL IN SUPPORT OF MOTION TO
ADMIT COUNSEL PRO HAC VICE

---

STATE OF NEW YORK    )
                               ) SS.
COUNTY OF NEW YORK  )

    RICHARD E. HAFTEL, ESQ., under penalty of perjury, affirms as follows:

    1.    I am a partner in the law firm of Haftel & Silverman, P.C. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' Motion to Admit H. Ritchey Hollenbaugh as counsel pro hac vice to represent defendants Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in this matter.

    2.    I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1982. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known H. Ritchey Hollenbaugh for 10 years.

4. H. Ritchey Hollenbaugh is a partner of the law firm Carlile Patchen & Murphy, LLP in Columbus, Ohio. He is admitted to practice before state and federal courts in the State of Ohio. Attached hereto as Exhibit A is a certificate from the State Bar of Ohio certifying that Mr. Hollenbaugh is an active member of the State Bar of Ohio in good standing.

5. I have found Mr. Hollenbaugh to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of H. Ritchey Hollenbaugh, pro hac vice.

7. I respectfully submit a proposed order granting the admission of H. Ritchey Hollenbaugh, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE, it is respectfully requested that the motion to admit H. Ritchey Hollenbaugh, pro hac vice, to represent Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in the above-captioned matter, be granted.

Dated:     July 23, 2007

_____
RICHARD E. HAFTEL

# The Supreme Court of Ohio

## C E R T I F I C A T E

    I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

            Henry Ritchey Hollenbaugh

was admitted to the practice of law in Ohio on November 03, 1973; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

            IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 28th day of June, 2007.

            RICHARD A. DOVE
            *Director, Attorney Services Division*

            *Director, Office of Attorney Registration and CLE*

# The Supreme Court of Ohio

## CERTIFICATE

I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Registration & CLE of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Henry Ritchey Hollenbaugh

was admitted to the practice of law in Ohio on November 03, 1973; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 28th day of June, 2007.

RICHARD A. DOVE
*Director, Attorney Services Division*

*Director, Office of Attorney Registration and CLE*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

George Edward McCain,

    Plaintiff,

  -against-

Rahal Letterman Racing, LLC, et al.,

    Defendants.

No. 1:07-CV-05729 (JSR)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Richard E. Haftel, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

>H. Ritchey Hollenbaugh
>Carlile Patchen & Murphy, LLP
>366 East Broad Street
>Columbus, Ohio 43215
>Email: hrh@cpmlaw.com
>Tele: (614) 228-6135
>Fax: (614) 221-0216

is admitted to practice pro hac vice as counsel for Defendants Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.us.courts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:_____  
City, State:_____, New York___

                                                                                              _____  
                                                                                              United States District/Magistrate Judge

W:\01950\0001\McCain v Argent\Pleadings\JWP-Order for Admission Pro Hac Vice on Written Motion for NY 07-17-07.

2