UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE EDWARD McCAIN, an individual,    :

                    Plaintiff,    :   Index No.: 07-CV-5729

   vs.    :

                               **NOTICE OF APPEARANCE**

RAHAL LETTERMAN RACING, LLC, an Ohio    :
limited liability co.; TIME, INC., a Delaware
corporation d/b/a SPORTS ILLUSTRATED &    :
PEOPLE MAGAZINE; GANNET CO., INC., a
Delaware corporation d/b/a USA TODAY;    :
PIONEER ELECTRONICS (USA), INC., a
Delaware corporation; TOYOTA MOTOR SALES, :
U.S.A., INC., a California corporation; TABLE
MOOSE MEDIA, LLC, an Indiana limited liability   :
company d/b/a INDY MEN'S MAGAZINE;
NORWALK FURNITURE CORPORATION, an    :
Ohio corporation; F1 MARKETING GROUP,
INC., a New York corporation; ESPN, INC., a New   :
York corporation; MOTORSPORT.COM, INC., a
Florida corporation; BRIDGESTONE/FIRESTONE  :
INC., an Ohio corporation; CONSUMER
ELECTRONICS ASSOCIATION; AMERICAN    :
HONDA MOTOR CO., INC., a Delaware
corporation; WORLDWIDE PANTS    :
INCORPORATED, a New York corporation;
BOBBY RAHAL AUTOMOTIVE GROUP;    :
LOGICALIS, INC., a New York corporation; THE
TIMKEN COMPANY, an Ohio corporation;    :
INTERNATIONAL MOTOR SPORTS ASSOC.;
CRASH MEDIA GROUP, LTD., a foreign (U.K.)   :
company; AMERICAN LE MANS SERIES LLC, a
Georgia limited liability company; BEA    :
SYSTEMS, INC., a Delaware corporation;
GAWKER MEDIA LCC, a Delaware corporation;   :
TIMES PUBLISHING COMPANY, a Florida
corporation d/b/a ST. PETERSBURG TIMES;    :
RACEFAN, INC., a corporation; HOWDEN
MEDIA GROUP, a foreign (Canada) company;    :
NATIONAL LEDGER, LLC, an Arizona limited
liability company; DANIEL VIELHABER d/b/a   :
INDYMOTORSPEEDWAY.COM; SANDRA
KINSLER d/b/a WOMANMOTORIST.COM; and   :

ELLEN EMERSON d/b/a HONDABEAT.COM
: 
                   Defendants.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PLEASE TAKE NOTICE that the undersigned appears for Defendant Table Moose Media, LLC d/b/a Indy Men's Magazine in the above-captioned case and requests that service be made of all orders, notices and other pleadings of any nature filed in this case on: H. Rowan Gaither IV, Richards Kibbe & Orbe LLP, One World Financial Center, New York, New York, 10281.

I certify that I am admitted to practice in this court.

Dated: New York, New York
       July 26, 2007

                                       RICHARDS KIBBE & ORBE LLP

                                       /s/ H. Rowan Gaither
                                           H. Rowan Gaither IV (HG-2245)
                                           Patricia C. O'Prey (PO-0591)
                                       One World Financial Center
                                       New York, New York 10281-2702
                                       (212) 530-1800

                                       Counsel for Defendant Table Moose Media, LLC
                                       d/b/a Indy Men's Magazine

<u>Of Counsel</u>
Michael H. Gottschlich
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313