UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE EDWARD McCAIN                          :

                      Plaintiff,           :   Index No.: 07-CV-5729

vs.                                           :

                                        **FED. R. CIV. P. 7.1**
RAHAL LETTERMAN RACING, LLC, an Ohio          :   **DISCLOSURE STATEMENT**
limited liability co.; TIME, INC., a Delaware
corporation d/b/a SPORTS ILLUSTRATED &         :
PEOPLE MAGAZINE; GANNET CO., INC., a
Delaware corporation d/b/a USA TODAY;         :
PIONEER ELECTRONICS (USA), INC., a
Delaware corporation; TOYOTA MOTOR SALES,     :
U.S.A., INC., a California corporation; TABLE
MOOSE MEDIA, LLC, an Indiana limited liability:
company d/b/a INDY MEN'S MAGAZINE;
NORWALK FURNITURE CORPORATION, an             :
Ohio corporation; F1 MARKETING GROUP,
INC., a New York corporation; ESPN, INC., a New :
York corporation; MOTORSPORT.COM, INC., a
Florida corporation; BRIDGESTONE/FIRESTONE    :
INC., an Ohio corporation; CONSUMER
ELECTRONICS ASSOCIATION; AMERICAN             :
HONDA MOTOR CO., INC., a Delaware
corporation; WORLDWIDE PANTS                  :
INCORPORATED, a New York corporation;
BOBBY RAHAL AUTOMOTIVE GROUP;                 :
LOGICALIS, INC., a New York corporation; THE
TIMKEN COMPANY, an Ohio corporation;          :
INTERNATIONAL MOTOR SPORTS ASSOC.;
CRASH MEDIA GROUP, LTD., a foreign (U.K.)     :
company; AMERICAN LE MANS SERIES LLC, a
Georgia limited liability company; BEA        :
SYSTEMS, INC., a Delaware corporation;
GAWKER MEDIA LCC, a Delaware corporation;     :
TIMES PUBLISHING COMPANY, a Florida
corporation d/b/a ST. PETERSBURG TIMES;       :
RACEFAN, INC., a corporation; HOWDEN
MEDIA GROUP, a foreign (Canada) company;      :
NATIONAL LEDGER, LLC, an Arizona limited
liability company; DANIEL VIELHABER d/b/a     :
INDYMOTORSPEEDWAY.COM; SANDRA
KINSLER d/b/a WOMANMOTORIST.COM; and          :

ELLEN EMERSON d/b/a HONDABEAT.COM
                                                        :
                Defendants.
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Table Moose Media, LLC d/b/a Indy Men's Magazine ("Table Moose Media") makes the following disclosure:

       Table Moose Media has no parent corporation. No publicly held corporation owns 10% or more of Table Moose Media's stock.

                                             Respectfully Submitted,

                                             RICHARDS KIBBE & ORBE LLP

                                             /s/ H. Rowan Gaither
                                                 H. Rowan Gaither IV (HG-2245)
                                                 Patricia C. O'Prey (PO-0591)
                                           One World Financial Center
                                           New York, New York 10281-2702
                                           (212) 530-1800

                                           Counsel for Defendant Table Moose Media, LLC
                                           d/b/a/ Indy Men's Magazine

<u>Of Counsel</u>
Michael H. Gottschlich
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313