UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE EDWARD McCAIN, an individual,    :

                      Plaintiff,     :    Index No.: 07-CV-5729

    vs.    :

                         **CERTIFICATE OF SERVICE**

RAHAL LETTERMAN RACING, LLC, an Ohio    :
limited liability co.; TIME, INC., a Delaware
corporation d/b/a SPORTS ILLUSTRATED &    :
PEOPLE MAGAZINE; GANNET CO., INC., a
Delaware corporation d/b/a USA TODAY;    :
PIONEER ELECTRONICS (USA), INC., a
Delaware corporation; TOYOTA MOTOR SALES, :
U.S.A., INC., a California corporation; TABLE
MOOSE MEDIA, LLC, an Indiana limited liability    :
company d/b/a INDY MEN'S MAGAZINE;
NORWALK FURNITURE CORPORATION, an    :
Ohio corporation; F1 MARKETING GROUP,
INC., a New York corporation; ESPN, INC., a New    :
York corporation; MOTORSPORT.COM, INC., a
Florida corporation; BRIDGESTONE/FIRESTONE :
INC., an Ohio corporation; CONSUMER
ELECTRONICS ASSOCIATION; AMERICAN    :
HONDA MOTOR CO., INC., a Delaware
corporation; WORLDWIDE PANTS    :
INCORPORATED, a New York corporation;
BOBBY RAHAL AUTOMOTIVE GROUP;    :
LOGICALIS, INC., a New York corporation; THE
TIMKEN COMPANY, an Ohio corporation;    :
INTERNATIONAL MOTOR SPORTS ASSOC.;
CRASH MEDIA GROUP, LTD., a foreign (U.K.)    :
company; AMERICAN LE MANS SERIES LLC, a
Georgia limited liability company; BEA    :
SYSTEMS, INC., a Delaware corporation;
GAWKER MEDIA LCC, a Delaware corporation;    :
TIMES PUBLISHING COMPANY, a Florida
corporation d/b/a ST. PETERSBURG TIMES;    :
RACEFAN, INC., a corporation; HOWDEN
MEDIA GROUP, a foreign (Canada) company;    :
NATIONAL LEDGER, LLC, an Arizona limited
liability company; DANIEL VIELHABER d/b/a    :
INDYMOTORSPEEDWAY.COM; SANDRA
KINSLER d/b/a WOMANMOTORIST.COM; and    :

    :

ELLEN EMERSON d/b/a HONDABEAT.COM
:
                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

I, Virginia Daugherty, certify:

1. That I am over the age of eighteen years, and am not a party to this action.

2. That on July 26, 2007, I caused to be served a copy of the foregoing Fed. R. Civ. P. 7.1 Disclosure Statement and Notice of Appearance of H. Rowan Gaither IV through the Court's electronic notification system to all registered counsel and by U.S. mail, postage pre-paid, in a sealed envelope addressed to the following as indicated below:

| | |
|---|---|
| John Anthony Pelosi<br>Pelosi, Wolf, Effron & Spates, LLP<br>Woolworth Building<br>233 Broadway, 22nd Flr<br>New York, NY 10279<br>(212) 334-3599<br>(212) 571-9149 (fax)<br>jpelosi@pwes.com<br>**Counsel to Plaintiff George Edward McCain**<br><br>H. Ritchey Hollenbaugh<br>Carlile Patchen and Murphy, LLP<br>366 East Broad Street<br>Columbus, OH 43215<br>(614) 228-6135<br>(614) 221-0216 (fax) | David J. Pasternak<br>John W. Patton, Jr.<br>Pasternak, Pasternak and Patton<br>1875 Century Park East, Suite<br>Suite 2200<br>Los Angeles, CA 90067<br>(310) 553-1500<br>(310) 553-1540 (fax)<br>**Counsel to Defendants Bobby Rahal Automotive Group and Rahal Letterman Racing, LLC**<br><br>Carl E. Person<br>Carl E. Person - An Individual Practitioner<br>325 W. 45th St. - Suite 201<br>New York, NY 10036<br>(212) 307-4444<br>(212) 307-0247 (fax)<br>carlpers@ix.netcom.com<br>**Counsel to Defendants Ellen Emerson** |

Dated: New York, New York
       July 26, 2007

                                                /s/ Virginia Daugherty