UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE EDWARD McCAIN, an individual,

Plaintiff,

vs.

RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co.; TIME, INC., a Delaware corporation d/b/a SPORTS ILLUSTRATED & PEOPLE MAGAZINE; GANNET CO., INC., a Delaware corporation d/b/a USA TODAY, PIONEER ELECTRONICS (USA), INC., a Delaware corporation; TOYOTA MOTOR SALES, U.S.A., INC., a California corporation; TABLE MOOSE MEDIA, LLC, an Indiana limited liability company d/b/a INDY MEN'S MAGAZINE; NORWALK FURNITURE CORPORATION, an Ohio corporation; F1 MARKETING GROUP, INC., a New York corporation; MOTORSPORT.COM, INC., a Florida corporation; BRIDGESTONE/ FIRESTONE INC., an Ohio corporation; CONSUMER ELECTRONICS ASSOCIATION; AMERICAN HONDA MOTOR CO., INC., a Delaware corporation; WORLDWIDE PANTS INCORPORATED, a New York corporation; BOBBY RAHAL AUTOMOTIVE GROUP; LOGICALIS, INC., a New York corporation; THE TIMKEN COMPANY, an Ohio corporation; INTERNATIONAL MOTOR SPORTS ASSOC.; CRASH MEDIA GROUP, LTD., a foreign (U.K.) company; AMERICAN LE MANS SERIES LLC, a Georgia limited liability company; BEA SYSTEMS, INC., a Delaware corporation; GAWKER MEDIA LCC, a Delaware corporation; TIMES PUBLISHING COMPANY, a Florida corporation d/b/a ST. PETERSBURG TIMES; RACEFAN, INC., a corporation; HOWDEN MEDIA GROUP, a foreign (Canada)

CASE NO. 07-CV-5729 (JSR)

CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV.P.7.1

---

company; NATIONAL LEDGER, LLC, an Arizona limited liability company; DANIEL VIELHABER d/b/a INDYMOTORSPEEDWAY.COM; SANDRA KINSLER d/b/a WOMANMOTORIST.COM; and ELLEN EMERSON d/b/a HONDABEAT.COM,

          Defendants.

Pursuant to Fed. R. Civ. P. 7.1, the moving parties make the following disclosures:

There is no parent corporation or publicly held corporation that owns 10% or more of the stock of Rahal Letterman Racing, LLC, an Ohio limited liability co.

There is no parent corporation or publicly held corporation that owns 10% or more of the stock of Bobby Rahal Automotive Group, a consortium of automotive dealerships with its headquarters in Pennsylvania.

DATED: July 27, 2007

John W. Patton, Jr., California Bar No. 90130
David J. Pasternak, California Bar No. 72201
PASTERNAK, PASTERNAK & PATTON
A Law Corporation
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Telephone: 310.553.1500
Facsimile: 310.553.1540
E-Mail: djp@paslaw.com
        jwp@paslaw.com

H. Ritchey Hollenbaugh, Ohio Bar No. 0001072
Emily A. Smith
CARLILE, PATCHEN & MURPHY LLP
366 East Broad Street
Columbus, Ohio 43215
Telephone: 614.228.6135
Facsimile: 614.221.0216
E-Mail: HRH@cpmlaw.com
        EAS@cpmlaw.com

Richard E. Haftel (REH-7394)
Haftel & Silverman, PC
260 Madison Avenue, Floor 18
New York, New York 10016
Telephone: 212.686.3100
Facsimile: 212.686.3151
E-Mail: haftel@haftel.com

Attorneys for Defendants Rahal Letterman Racing, LLC, and Bobby Rahal Automotive Group

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1875 Century Park East, Suite 2200, Los Angeles, California 90067-2523.

On **July 27, 2007**, I served the foregoing document described as **CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P.7.1** on all interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

☐ **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** At or before 5:00 p.m., I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (310) 553-1540. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **BY FEDEX:** I deposited such document(s) in a box or other facility regularly maintained by FedEx, or delivered such document(s) to a courier or driver authorized by FedEx to receive documents, in an envelope or package designated by FedEx with delivery fees paid or provided for, addressed to the person(s) being served.

☐ **BY PERSONAL SERVICE:** I delivered such envelope(s) by hand to the office of the person(s) being served.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope(s) directly to the person(s) being served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

**Executed on July 27, 2007, at Los Angeles, California.**

_L. K. Snyder_

<u>*George Edward McCain v. Rahal Letterman Racing, LLC, etc., et al.*</u>
*United States District Court Southern District of New York*
*Case No. 07-CV-5729 (JSR)*

## *SERVICE LIST*

| | |
|---|---|
| John Pelosi, Esq.<br>Pelosi, Wolf, Effron & Spates LLP<br>233 Broadway, 22nd Floor<br>New York, NY 10279<br>Telephone: 212.334.3599<br>Facsimile: 212.571.9149<br>E-Mail: jpelosi@pwes.com | Counsel for Plaintiff, George Edward McCain |
| Jason M. Gonder, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Telephone: 212.530.5131<br>Facsimile: 212.822.5131<br>.E-Mail: jgonder@milbank.com | Counsel for Defendant, BEA Systems, Inc. |
| Carl E. Person, Esq.<br>Attorney at Law<br>325 West 45th Street, Suite 201<br>New York, NY 10036-3803<br>Telephone: 212.307.4444<br>Facsimile: 212.307.0247<br>Cell:      917.453.9376<br>E-Mail:   carlpers@ix.netcom.com | Counsel for Defendant, Ellen Emerson dba Hondabeat.com |
| Theresa M. Gillis, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702<br>Telephone: 212.326.3939<br>Facsimile: 212.755.7306<br>Direct:    212.326.3679<br>E-Mail:   tmgillis@jonesday.com | Counsel for Defendant, The Timken Company |
| George Cacoulidis, Esq.<br>Attorney at Law<br>590 Madison Avenue, 21st Floor<br>New York, NY 10022<br>Telephone: 212.521.4430<br>Facsimile: 212.521.4431<br>E-Mail: george@cacoulidis.com | Counsel for Defendant, American Le Mans Series LLC |

| | |
|---|---|
| James Rosenfeld, Esq.<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019-6708<br>Direct:     212.603.6455<br>Main:      212.489.8230<br>Facsimile: 212.489.8340<br>E-Mail:    jamesrosenfeld@dwt.com | Counsel for Defendant, Gawker Media LCC |
| Richard Soto, Esq.<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, NY 10166-0136<br>Direct:     212.309.1054<br>Main:      212.309.1000<br>Facsimile: 212.309.1100<br>E-Mail:    rsoto@hunton.com | Counsel for Defendant, Times Publishing Company |
| Margaret A. Dale, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>Telephone: 212.969.33150<br>Facsimile:  212.969.2900<br>E-Mail:     mdale@proskauer.com | Counsel for Defendant, America Honda Motor Co., Inc. |
| Mark Fowler, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.818.9200<br>Facsimile:  212.818.9606, 07 – Fax<br>E-Mail:     mfowler@ssb.com | Counsel for Defendant, Gannett Co., Inc. |
| Michael H. Gottschlich, Esq.<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br>Telephone: 317.236.1313<br>Facsimile:  317.231.7834<br>E-Mail:     mgottsch@btlaw.com | Counsel for Defendant, Table Moose Media |
| Andrew B. Lachow, Esq.<br>Deputy General Counsel<br>Time, Inc.<br>Time & Life Building<br>1271 Avenue of the Americas<br>New York, NY 10020-1393<br>Telephone: 212.522.8307<br>Facsimile:  212.467.0860<br>E-Mail:     andrew_lachow@timeinc.com | Counsel for Defendants, Time Inc., Sports Illustrated and People Magazine |

*Courtesy Copy Via E-Mail:*

| | |
|---|---|
| Richard E. Haftel, Esq.<br>Haftel & Silverman, P.C.<br>260 Madison Avenue, 17th Floor<br>New York, NY 10016<br>Telephone: 212.686.3100<br>Facsimile: 212.686.3151<br>E-Mail: haftel@haftel.com | Co-Counsel for Defendants Rahal Letterman Racing Bobby Rahal Automotive |
| H. Ritchey Hollenbaugh, Esq.<br>Carlile Patchen & Murphy LLP<br>366 East Broad Street<br>Columbus, Ohio 43215<br>Telephone: 614.628.0804<br>Facsimile: 614.221.0216<br>E-Mail    hrh@cpmlaw.com | Co-Counsel for Defendants Rahal Letterman Racing Bobby Rahal Automotive |