H. Rowan Gaither IV (HG-2245)
Reema S. Abdelhamid (RA-0085)
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Counsel for Defendant Table Moose Media, LLC
d/b/a/ Indy Men's Magazine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| GEORGE EDWARD McCAIN, an individual, | : | |
| Plaintiff, | : | Index No.: 07-CV-5729 |
| vs. | : | **CERTIFICATE OF SERVICE** |
| RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co. *et al.* | : | |
| | : | |
| Defendants. | | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **CERTIFICATE OF SERVICE**

I, Nora Capek, certify:

1.   That I am over the age of eighteen years, and am not a party to this action.

2.   That on July 27, 2007, I caused to be served a copy of the foregoing Notice of Joinder in Motion to Transfer Case, through the Court's electronic notification system to all registered counsel and by U.S. mail, postage pre-paid, in a sealed envelope addressed to the following as indicated below:

- 2 -

John Anthony Pelosi
Pelosi, Wolf, Effron & Spates, LLP
Woolworth Building
233 Broadway, 22nd Flr
New York, NY 10279
(212) 334-3599
(212) 571-9149 (fax)
jpelosi@pwes.com

**Counsel to Plaintiff George Edward McCain**

H. Ritchey Hollenbaugh
Carlile Patchen and Murphy, LLP
366 East Broad Street
Columbus, OH 43215
(614) 228-6135
(614) 221-0216 (fax)


Dated: New York, New York
       July 27, 2007

David J. Pasternak
John W. Patton, Jr.
Pasternak, Pasternak and Patton
1875 Century Park East, Suite
Suite 2200
Los Angeles, CA 90067
(310) 553-1500
(310) 553-1540 (fax)

**Counsel to Defendants Bobby Rahal Automotive Group and Rahal Letterman Racing, LLC**

Carl E. Person
Carl E. Person - An Individual Practitioner
325 W. 45th St. - Suite 201
New York, NY 10036
(212) 307-4444
(212) 307-0247 (fax)
carlpers@ix.netcom.com

**Counsel to Defendant Ellen Emerson**


/s/ Nora Capek