Theresa M. Gillis (TG-2036)
JONES DAY
222 East 41st Street
New York, NY  10017
212-326-3939

*Attorneys for Defendant*
*The Timken Company*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

| | |
|---|---|
| GEORGE EDWARD McCAIN, | ) |
| Plaintiff, | ) |
| -against - | )  **Civil Action No. 07-CV-5729 (JSR)** |
| RAHAL LETTERMAN RACING LLC, at al. | ) |
| Defendants. | ) |

-------------------------------------------------------- X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant The Timken Company, a non-governmental corporation, states that it does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

Dated:   New York, New York           By  /s/ Theresa M. Gillis
                                          Theresa M. Gillis (TG-2036)
         July 31, 2007                    JONES DAY
                                          222 East 41st Street
                                          New York, NY  10017-6702
                                          212-326-3939

                                          *Attorneys for Defendant*
                                          *The Timken Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *RULE 7.1 DISCLOSURE STATEMENT* was served on July 31, 2007, by electronic filing on all parties so registered and via overnight courier as set forth below:

| | |
|---|---|
| John Anthony Pelosi (JAP-9066)<br>PELOSI, WOLF, EFFRON & SPATES, LLP<br>Woolworth Building, 233 Broadway<br>22nd Floor<br>New York, New York  10279<br><br>*Counsel for Plaintiff George Edward McCain* | Richard E. Haftel<br>HAFTEL & SILVERMAN, P.C.<br>260 Madison Avenue, 18th Floor<br>New York, NY 10016<br><br>David J. Pasternak<br>John W. Patton, Jr.<br>PASTERNAK, PASTERNAK & PATTON<br>A Law Corporation<br>1875 Century Park East, Suite 2200<br>Los Angeles, CA 90067<br><br>H. Ritchey Hollenbaugh<br>CARLILE PATCHEN AND MURPHY, LLP<br>366 East Broad Street<br>Columbus, OH 43215<br><br>*Counsel for Defendant*<br>*Rahal Letterman Racing LLC and*<br>*Bobby Rahal Automotive Group* |
| Andrew B. Lachow<br>Deputy General Counsel<br>Time, Inc.<br>Time & Life Building<br>1271 Avenue of the Americas<br>New York, New York  10020-1393<br><br>*Counsel for Defendants*<br>*Time, Inc. d/b/a Sports Illustrated & People Magazine* | Karen Bekker<br>Mark Fowler<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue<br>New York, NY 10169<br><br>*Counsel for Defendant*<br>*Gannett Co., Inc. d/b/a USA Today* |

| | |
|---|---|
| H. Rowan Gaither, IV<br>Reema S. Abdelhamid<br>RICHARDS KIBBE & ORBE, LLP<br>One World Financial Center<br>New York, New York  10281-2702<br><br>Michael H. Gottschlich<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana  46204-3535<br><br>*Counsel for Defendant*<br>*Table Moose Media LLC*<br>*d/b/a Indy Men's Magazine* | Margaret A. Dale<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, New York  10036-8299<br><br>*Counsel for Defendant*<br>*American Honda Motor Co., Inc.* |
| George Cacoulidis<br>Attorney at Law<br>590 Madison Avenue<br>21st Floor<br>New York, New York  10022<br><br>*Counsel for Defendant*<br>*American LeMans Series LLC* | Jason M. Gonder<br>MILBANK, TWEED, HADLEY & MCCLOY<br>    LLP<br>One Chase Manhattan Plaza<br>New York, New York<br><br>*Counsel for Defendant BEA Systems, Inc.* |
| James Rosenfeld<br>DAVIS, WRIGHT, TERMAINE LLP<br>1633 Broadway<br>New York, New York  10019-6708<br><br>*Counsel for Defendant*<br>*Gawker Media LLC* | Richard Sotot<br>HUNTON & WILLIAMS LLP<br>20 Park Avenue<br>New York, New York  10166-0136<br><br>*Counsel for Defendant*<br>*Times Publishing Company*<br>*d/b/a St. Petersburg Times* |

|  | Carl E. Person<br>Carl E. Person - An Individual Practitioner<br>325 W. 45th St. - Suite 201<br>New York, NY 10036<br><br>*Counsel for Defendant*<br>*Ellen Emerson d/b/a Hondabeat.com* |
|---|---|

                                                       __/s/Theresa M. Gillis_____
                                                       Theresa M. Gillis (TG-2036)

Dated:  New York, New York
         July 31, 2007