Theresa M. Gillis (TG-2036)
JONES DAY
222 East 41st Street
New York, NY  10017
212-326-3939

*Attorneys for Defendant*
*The Timken Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GEORGE EDWARD McCAIN,<br><br>    Plaintiff,<br><br>v.<br><br>RAHAL LETTERMAN RACING LLC, at al.<br><br>    Defendants. | **Civil Action No. 07-CV-5729** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum in Support and supporting Declaration of Scott Scherff, which are incorporated herein by reference, Defendant The Timken Company will and hereby does move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure dismissing Count Twenty-Eight of the plaintiff's complaint because this Court lacks personal jurisdiction over The Timken Company and because venue over The Timken Company is improper and granting such other and further relief as the Court deems just and proper.

At the status conference held July 24, 2007, the Court set the following schedule:

Moving papers due:          July 31, 2007

- 2 -

|   |   |   |
|---|---|---|
| Opposition papers due: | August 8, 2007 | |
| Reply papers due: | August 15, 2007 | |
| Oral argument | August 17, 2007, 2:00 p.m. in Courtroom 14B | |

Dated:   New York, New York     By /s/ Theresa M. Gillis
       July 31, 2007        Theresa M. Gillis (TG-2036)
                                        JONES DAY
                                        222 East 41st Street
                                        New York, NY 10017-6702
                                        212-326-3939

*Attorneys for Defendant*
*The Timken Company*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *NOTICE OF MOTION* was served on July 31, 2007, by electronic filing on all parties so registered and via overnight courier as set forth below:

| | |
|---|---|
| John Anthony Pelosi (JAP-9066)<br>PELOSI, WOLF, EFFRON & SPATES, LLP<br>Woolworth Building, 233 Broadway<br>22nd Floor<br>New York, New York 10279<br><br>*Counsel for Plaintiff George Edward McCain* | Richard E. Haftel<br>HAFTEL & SILVERMAN, P.C.<br>260 Madison Avenue, 18th Floor<br>New York, NY 10016<br><br>David J. Pasternak<br>John W. Patton, Jr.<br>PASTERNAK, PASTERNAK & PATTON<br>A Law Corporation<br>1875 Century Park East, Suite 2200<br>Los Angeles, CA 90067<br><br>H. Ritchey Hollenbaugh<br>CARLILE PATCHEN AND MURPHY, LLP<br>366 East Broad Street<br>Columbus, OH 43215<br><br>*Counsel for Defendant*<br>*Rahal Letterman Racing LLC and*<br>*Bobby Rahal Automotive Group* |
| Andrew B. Lachow<br>Deputy General Counsel<br>Time, Inc.<br>Time & Life Building<br>1271 Avenue of the Americas<br>New York, New York 10020-1393<br><br>*Counsel for Defendants*<br>*Time, Inc. d/b/a Sports Illustrated & People Magazine* | Karen Bekker<br>Mark Fowler<br>SATTERLEE STEPHENS BURKE & BURKE LLP<br>230 Park Avenue<br>New York, NY 10169<br><br>*Counsel for Defendant*<br>*Gannett Co., Inc. d/b/a USA Today* |

| | |
|---|---|
| H. Rowan Gaither, IV<br>Reema S. Abdelhamid<br>RICHARDS KIBBE & ORBE, LLP<br>One World Financial Center<br>New York, New York  10281-2702<br><br>Michael H. Gottschlich<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, Indiana  46204-3535<br><br>*Counsel for Defendant*<br>*Table Moose Media LLC*<br>*d/b/a Indy Men's Magazine* | Margaret A. Dale<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, New York  10036-8299<br><br>*Counsel for Defendant*<br>*American Honda Motor Co., Inc.* |
| George Cacoulidis<br>Attorney at Law<br>590 Madison Avenue<br>21st Floor<br>New York, New York  10022<br><br>*Counsel for Defendant*<br>*American LeMans Series LLC* | Jason M. Gonder<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>One Chase Manhattan Plaza<br>New York, New York<br><br>*Counsel for Defendant BEA Systems, Inc.* |
| James Rosenfeld<br>DAVIS, WRIGHT, TERMAINE LLP<br>1633 Broadway<br>New York, New York  10019-6708<br><br>*Counsel for Defendant*<br>*Gawker Media LLC* | Richard Sotot<br>HUNTON & WILLIAMS LLP<br>20 Park Avenue<br>New York, New York  10166-0136<br><br>*Counsel for Defendant*<br>*Times Publishing Company*<br>*d/b/a St. Petersburg Times* |

CLI-1538126v1

- 5 -

|  | Carl E. Person<br>Carl E. Person - An Individual Practitioner<br>325 W. 45th St. - Suite 201<br>New York, NY 10036<br><br>*Counsel for Defendant*<br>*Ellen Emerson d/b/a Hondabeat.com* |
|--|--|

     /s/Theresa M. Gillis
   Theresa M. Gillis (TG-2036)

Dated: New York, New York
       July 31, 2007