UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE EDWARD MCCAIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAHAL LETTERMAN RACING, LLC, et al., ) <br> ) <br> Defendants. ) | NO. 1:07-CV-05729 (JSR) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendant American Honda Motor Co., Inc.

I certify that I am admitted to practice in this Court.

Dated: August 2, 2007                    PROSKAUER ROSE LLP

By: *Margaret A. Dale*
Margaret A. Dale (MD-5117)
1585 Broadway
New York, NY 10036
Tel:   (212) 969-3000
Fax:   (212) 969-2900