## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| GEORGE EDWARD MCCAIN,<br><br>Plaintiff,<br><br>vs.<br><br>RAHAL LETTERMAN RACING, LLC, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) |

NO. 1:07-CV-05729 (JSR)

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant American Honda Motor Co., Inc. ("American Honda") states that American Honda is a wholly-owned subsidiary of Honda Motor Co., Ltd., a Japanese corporation and that Honda Motor Co., Ltd. is a publicly traded corporation.

Dated: August 2, 2007

PROSKAUER ROSE LLP

By: *Margaret A. Dale*

Margaret A. Dale (MD-5117)
1585 Broadway
New York, NY 10036
Tel:    (212) 969-3000
Fax:    (212) 969-2900