Margaret A. Dale (MD-5117)
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
Tel: (212) 969-3000
Fax: (212) 969-2900
Counsel for Defendant
American Honda Motor Co., Inc.

UNITED STATES SUPREME COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GEORGE EDWARD McCAIN, an individual,       :

                      Plaintiff,       :       Index No.: 07-CV-5729

    vs.       :       **NOTICE OF JOINDER IN MOTION**
                                                                       **TO TRANSFER CASE**

RAHAL LETTERMAN RACING, LLC, an Ohio       :
limited liability co., *et al.*
                                                   :

                     Defendants.
                                                   :
------------------------------------------------------------x

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on Friday, August 17, 1007, or as soon thereafter as the matter may be heard in Courtroom 14-B of the above-entitled Court, located at 500 Pearl Street, New York, New York, defendant American Honda Motor Co., Inc. ("Honda"), shall and hereby moves the Court for an Order transferring this copyright infringement action to the United States District Court for the Central District of California pursuant to 28 U.S.C. Section 1404(a).

This Motion joins and adopts the arguments made in support of the Motion to Transfer Case filed by defendants Rahal Letterman Racing, LLC, and Bobby Rahal Automotive Group (collectively "Rahal"), as set forth in their Memorandum of Points and Authorities and supporting evidentiary materials. In further support of its Motion, Honda states as follows:

Honda is accused of distributing to the public one photograph of Danica Patrick on a "hero card" allegedly in violation of a copyright held by plaintiff George Edward McCain ("McCain"). Honda denies the allegations. Honda neither created nor distributed the "hero cards." Rather, it is Honda's position that the creation and distribution was handled by one or more of the plaintiffs in *Argent Mortgage Company, LLC, et a. v. Edward McCain*, Case No. SACV 06-749 CJC (RNBx) (the "California Proceeding"), as McCain's complaint in this action recognizes.

As noted in the Memorandum of Points and Authorities filed by Rahal, convenience of the parties and the interests of justice are two relevant factors to the transfer calculus. (See Mem. Part III.C). Because McCain's copyright claims are already being litigated in the United States District Court for the Central District of California, Honda's interests and judicial economy will be served if this action is transferred so that the indemnification claims stemming from any alleged copyright violation are adjudicated in the same proceeding. McCain, on the other hand, will not endure any hardship if this case is transferred because he is already litigating the claims in California. Moreover, to the extent that some of the copyright and indemnification claims must be litigated here in the Southern District of New York, a different venue than the underlying copyright claims, there is a risk of inconsistent judgments. Thus, the interests of justice and the relative convenience of the parties weigh in favor of transfer.

To facilitate a transfer of this action to the United States District Court for the Central District of California, Honda confirms that if this action is transferred it will not contest personal jurisdiction in the Central District of California as Honda has its principal place of business within that District.

- 3 -

This Motion is based on this Notice of Motion and the Motion, Memorandum of Points and Authorities and supporting evidentiary materials filed by defendants Rahal Letterman Racing, LLC, and Bobby Rahal Automotive Group, and on such other evidence as may be presented at the hearing of this Motion.

Dated: August 2, 2007

                                          PROSKAUER ROSE LLP

                                          By: *Margaret A. Dale* (signature)
                                               Margaret A. Dale (MD-5117)
                                          1585 Broadway
                                          New York, New York 10036
                                          (212) 969-3000

                                          Counsel for Defendant
                                          American Honda Motor Co., Inc.