UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x

GEORGE EDWARD McCAIN, an individual,      :

                Plaintiff,      :

      -against-                             :   AFFIDAVIT OF
                                                              SERVICE
RAHAL LETTERMAN RACING, LLC, an Ohio      :
limited liability co., et al,             ::: 07cv5729 (JSR)

                Defendants.     :

------------------------------------------x

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

       WILLIAM F. PORTER being duly sworn, deposes and states:

       1.   I am not a party to the above captioned action, am over eighteen years of age and reside in New York City.

       2.   On the 2nd day of August, 2007, I served the attached Notice of Appearance, Rule 7.1 Statement and Notice of Joinder in Motion to Transfer Case upon:

            H. Ritchey Hollenbaugh
            Carlile Patchen and Murphy, LLP
            366 East Broad Street
            Columbus, Ohio 43215

            David J. Pasternak
            John W. Patton, Jr.
            Pasternak, Pasternak and Patton
            1875 Century Park East, Suite 2200
            Los Angeles, CA 90067
            Attorneys for Bobby Rahal Automotive Group

       3.   Service was made by depositing a true copy of the above-described documents in a prepaid, properly

addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
WILLIAM F. PORTER

Sworn to before me this
3rd day of August, 2007

_____
Notary Public

MARY JANE McALEAVY
Notary Public, State of New York
No. 31-4987312
Qualified in New York County
Commisson Expires October 7, 2009