John Pelosi (JP-9066)
Pelosi Wolf Effron & Spates LLP
233 Broadway, 22nd Floor
New York, NY 10279
(212) 334-3599

*Attorneys for Plaintiff*
*George Edward McCain*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE EDWARD McCAIN, an individual,

        Plaintiff,        Civil Action No. 07-CV-5729

-against-

RAHAL LETTERMAN RACING, LLC, et al.
------------------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Angelo DiStefano, certify:

1.    That I am over the age of eighteen years, and am not a party to this action.

2.    That on August 8, 2007, I caused to be served a copy of the foregoing Memorandum of Law in Opposition to Defendants' Motion to Transfer, Affirmation of John Pelosi, Esq. and Declaration of George Edward McCain, through the Court's electronic notification system to all registered counsel and by U.S. mail, postage pre-paid, in a sealed envelope addressed to the following as indicated below:

| | |
|---|---|
| Richard E. Haftel<br>HAFTEL & SILVERMAN, P.C.<br>260 Madison Avenue, 18th Floor<br>New York, NY 10016<br><br>David J. Pasternak<br>John W. Patton, Jr.<br>PASTERNAK, PASTERNAK & PATTON<br>A Law Corporation<br>1875 Century Park East, Suite 2200<br>Los Angeles, CA 90067<br><br>H. Ritchey Hollenbaugh<br>CARLILE PATCHEN & MURPHY, LLP<br>366 East Broad Street<br>Columbus, OH 43215<br><br>*Counsel for Defendant*<br>*Rahal Letterman Racing LLC and*<br>*Bobby Rahal Automotive Group* | Andrew B. Lachow<br>Deputy General Counsel<br>Time, Inc.<br>Time & Life Building<br>1271 Avenue of Americas<br>New York, NY 10020-1393<br><br>*Counsel for Defendants*<br>*Time, Inc. d/b/a "Sports Illustrated" &*<br>*"People Magazine"* |
| Karen Bekker<br>Mark Fowler<br>SATTERLEE STEPHENS BURKE &<br>BURKE LLP<br>230 Park Avenue<br>New York, NY 10169<br><br>*Counsel for Defendants*<br>*Gannett Co., Inc. d/b/a USA Today* | H. Rowan Gaither, IV<br>Reema S. Abdelhamid<br>RICHARDS KIBBE & ORBE, LLP<br>One World Financial Center<br>New York, NY 10281-2702<br><br>Michael H. Gottschlich<br>BARNES & THORNBURG, LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204-3535<br><br>*Counsel for Defendant*<br>*Table Moose Media LLC*<br>*d/b/a Indy Men's Magazine* |
| Margaret A. Dale<br>PROSKAUER ROSE LLP<br>1585 Broadway<br>New York, NY 10036<br><br>*Counsel for Defendant*<br>*American Honda Motor Co., Inc.* | George Cacoulidis<br>Attorney at Law<br>590 Madison Avenue<br>21st Floor<br>New York, NY<br><br>*Counsel for Defendant*<br>*American LeMans Series, LLC* |

| | |
|---|---|
| Jason M. Gonder<br>MILBANK, TWEED, HADLEY & MCCLOY LLP<br>One Chase Manhattan Plaza<br>New York, NY<br><br>*Counsel for Defendant BEA Systems, Inc.* | James Rosenfeld<br>DAVIS, WRIGHT, TERMAINE LLP<br>1633 Broadway<br>New York, NY 10019<br><br>*Counsel for Defendant*<br>*Gawker Media LLC* |
| Richard Sotot<br>HUNTON & WILLIAMS LLP<br>20 Park Avenue<br>New York, NY 10166-0136<br><br>*Counsel for Defendant*<br>*Times Publishing Company*<br>*d/b/a St. Petersburg Times* | Carl E. Person<br>Attorney at Law<br>325 W. 45 St., Suite 201<br>New York, NY 10036<br><br>*Counsel for Defendant*<br>*Ellen Emerson d/b/a Hondabeat.com* |
| Theresa M. Gillis<br>JONES DAY<br>222 East 41st Street<br>New York, NY 10017<br><br>*Attorneys for Defendant*<br>*The Timken Company* | |

Dated: New York, New York
     August 8, 2007                                                    _____/s/ Angelo DiStefano_____
                                                                               Angelo DiStefano