UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE EDWARD McCAIN, an individual, :

        Plaintiff, :

        v. :   **NOTICE OF APPEARANCE**

RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co., et al., :

        Defendants. :

---

To the Clerk of this Court and all parties of record:

Please take notice that Richard E. Haftel, H. Ritchey Hollenbaugh, John W Patton, Jr. and David J. Pasternak enter their appearance as counsel in this case for defendants Norwalk Furniture Corporation, F1 Marketing Group, Inc., Bridgestone Firestone North American Tire, LLC, a successor to Bridgestone/Firestone Inc., and Logicalis, Inc

RMS/JMC/754219 1
174008 039

Mr. Haftel is admitted to practice in this Court. Mr. Hollenbaugh, Mr. Patton and Mr. Pasternak are admitted *pro hac vice* as to this case.

Dated: August 8, 2007

                                        HAFTEL & SILVERMAN, PC

                                        By: _/s/ Richard E. Haftel_____
                                        Richard E. Haftel, Esq.
                                        260 Madison Avenue, 17th Floor
                                        New York, NY 10016
                                        Telephone:   (212) 686.3100
                                        Facsimile:   (212) 686-3151

                                        H. Ritchey Hollenbaugh
                                        Carlile Patchen & Murphy LLP
                                        366 East Broad Street
                                        Columbus, Ohio 43215
                                        E-mail: hrh@cpmlaw.com
                                        Telephone:   (614) 228-6135
                                        Facsimile:   (614) 221-0216

                                        John W. Patton, Jr.
                                        David J. Pasternak
                                        Pasternak, Pasternak & Patton
                                        A Law Corporation
                                        1875 Century Park East, Suite 2200
                                        Los Angeles, California 90067-2523
                                        Email: jwp@paslaw.com
                                        Telephone:   (310) 553-1500
                                        Facsimile:   (310) 553-1540

                                        Counsel for Defendants Rahal Letterman Racing, Bobby Rahal Automotive Group, Norwalk Furniture Corporation, F1 Marketing Group, Inc., Bridgestone Firestone North American Tire, LLC, a successor to Bridgestone/Firestone Inc., and Logicalis, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE EDWARD McCAIN, an individual, :
:
Plaintiff, :
: CERTIFICATE OF SERVICE
v. :
:
RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co., et al., :
:
Defendants. :

## CERTIFICATE OF SERVICE

I, Rebecca Swoager, certify:

3. That I am over the age of 18 and am not a party to this action.

4. That on August 8, 2007, I caused to be served a copy of the foregoing Notice of Appearance all registered counsel and by U.S. mail, postage prepaid, in a sealed envelope, addressed to the following as indicated in the attached Service List.

Dated: Columbus, Ohio

August 8, 2007

*/s/ Rebecca Swoager*

RMS/JMC/754214 1
174008 039

<u>*George Edward McCain v. Rahal Letterman Racing, LLC, etc., et al.*</u>
<u>*United States District Court Southern District of New York*</u>
*Case No. 07-CV-5729 (JSR)*

## *SERVICE LIST*

| | |
|---|---|
| John Pelosi, Esq.<br>Pelosi, Wolf, Effron & Spates LLP<br>233 Broadway, 22nd Floor<br>New York, NY 10279<br>Telephone: 212.334.3599<br>Facsimile: 212.571.9149<br>E-Mail: jpelosi@pwes.com | Counsel for Plaintiff, George Edward McCain |
| Jason M. Gonder, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Telephone: 212.530.5131<br>Facsimile: 212.822.5131<br>E-Mail: jgonder@milbank.com | Counsel for Defendant, BEA Systems, Inc. |
| Carl E. Person, Esq.<br>Attorney at Law<br>325 West 45th Street, Suite 201<br>New York, NY 10036-3803<br>Telephone: 212.307.4444<br>Facsimile: 212.307.0247<br>Cell:       917.453.9376<br>E-Mail:   carlpers@ix.netcom.com | Counsel for Defendant, Ellen Emerson dba Hondabeat.com |
| Theresa M. Gillis, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702<br>Telephone: 212.326.3939<br>Facsimile: 212.755.7306<br>Direct:     212.326.3679<br>E-Mail:   tmgillis@jonesday.com | Counsel for Defendant, The Timken Company |
| George Cacoulidis, Esq.<br>Attorney at Law<br>590 Madison Avenue, 21st Floor<br>New York, NY 10022<br>Telephone: 212.521.4430<br>Facsimile: 212.521.4431<br>E-Mail: george@cacoulidis.com | Counsel for Defendant, American Le Mans Series LLC |

| | |
|---|---|
| James Rosenfeld, Esq.<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019-6708<br>Direct:  212.603.6455<br>Main:  212.489.8230<br>Facsimile: 212.489.8340<br>E-Mail:  jamesrosenfeld@dwt.com | Counsel for Defendant, Gawker Media LCC |
| Richard Soto, Esq.<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, NY 10166-0136<br>Direct:  212.309.1054<br>Main:  212.309.1000<br>Facsimile: 212.309.1100<br>E-Mail:  rsoto@hunton.com | Counsel for Defendant, Times Publishing Company |
| Margaret A. Dale, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>Telephone: 212.969.33150<br>Facsimile: 212.969.2900<br>E-Mail:  mdale@proskauer.com | Counsel for Defendant, America Honda Motor Co., Inc. |
| Karen Bekker, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.818.9200<br>Facsimile:  212.818.9606, 07 – Fax<br>E-Mail:  kbekker@ssb.com | Counsel for Defendant, Gannett Co., Inc. |
| H. Rowan Gaither, IV, Esq.<br>Richards Kibbe & Orbe, LLP<br>701 8th Street, NW<br>Washington, DC 20001<br>Telephone: 212.530.1807<br>Facsimile: 717.344.8807<br>E-Mail:  mschneider@rkollp.com | Counsel for Defendant, Table Moose Media |
| Michael H. Gottschlich, Esq.<br>Richards Kibbe & Orbe, LLP<br>One World Financial Center<br>New York, NY 10281-2702<br>Telephone: 212.530.1800 | |

| | |
|---|---|
| Andrew B. Lachow, Esq.<br>Deputy General Counsel<br>Time, Inc.<br>Time & Life Building<br>1271 Avenue of the Americas<br>New York, NY 10020-1393<br>Telephone: 212.522.8307<br>Facsimile: 212.467.0860<br>E-Mail:<br>andrew_lachow@timeinc.com | Counsel for Defendants, Time Inc., Sports Illustrated and People Magazine |