UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------

| | |
|---|---|
| GEORGE EDWARD McCAIN, an individual, | : <br> : NOTICE OF JOINDER IN <br> : MOTION TO TRANSFER CASE |
| Plaintiff, | : |
| v. | : |
| RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co., et al., | : <br> : |
| Defendants. | : |

----------------------------------------------------

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on Friday, August 17, 2007, or as soon thereafter as the matter may be heard in the Courtroom 14-B of the above-entitled Court, located at 500 Pearl Street, New York, New York, the defendants Norwalk Furniture Corporation, F1 Marketing Group, Inc., Bridgestone Firestone North American Tire, LLC, a successor to Bridgestone/Firestone Inc., and Logicalis, Inc. shall and hereby move the Court for an Order transferring this copyright infringement action to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

This Motion joins, adopts, and incorporates the arguments made in support of the Motion to Transfer case filed on July 27, 2007 by defendants Rahal Letterman Racing, LLC and Bobby Rahal Automotive Group, as set forth in their Memorandum of Points and Authority and supporting evidentiary materials.

Dated: New York, New York
       August 8, 2007

HAFTEL & SILVERMAN, PC

By: _____
Richard E. Haftel, Esq.
260 Madison Avenue, 17th Floor
New York, NY 10016
Telephone:      (212) 686.3100
Facsimile:      (212) 686-3151

H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 East Broad Street
Columbus, Ohio 43215
E-mail: hrh@cpmlaw.com
Telephone:      (614) 228-6135
Facsimile:      (614) 221-0216

John W. Patton, Jr.
David J. Pasternak
Pasternak, Pasternak & Patton
A Law Corporation
1875 Century Park East, Suite 2200
Los Angeles, California 90067-2523
Email: jwp@paslaw.com
Telephone:      (310) 553-1500
Facsimile:      (310) 553-1540

Counsel for Defendants Rahal
Letterman Racing, Bobby Rahal
Automotive Group, Norwalk
Furniture Corporation, F1 Marketing
Group, Inc., Bridgestone Firestone
North American Tire, LLC, a
successor to Bridgestone/Firestone
Inc., and Logicalis, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE EDWARD McCAIN, an individual, :

      Plaintiff, :

    v. :   CERTIFICATE OF SERVICE

RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co., et al., :

      Defendants. :

---

## CERTIFICATE OF SERVICE

I, Rebecca Swoager certify:

1. That I am over the age of 18 and am not a party to this action.

2. That on August 8, 2007, I caused to be served a copy of the foregoing Notice of Joinder in Motion to Transfer Case to all registered counsel by U.S. mail, postage prepaid, in a sealed envelope, addressed to the following as indicated in the attached Service List.

Dated: Columbus, Ohio
       August 8, 2007

*[signature: Rebecca Swoager]*

RMS/JMC/754214 1
174008 039

<u>George Edward McCain v. Rahal Letterman Racing, LLC, etc., et al.</u>
United States District Court Southern District of New York
Case No. 07-CV-5729 (JSR)

*SERVICE LIST*

| | |
|---|---|
| John Pelosi, Esq.<br>Pelosi, Wolf, Effron & Spates LLP<br>233 Broadway, 22nd Floor<br>New York, NY 10279<br>Telephone: 212.334.3599<br>Facsimile: 212.571.9149<br>E-Mail: jpelosi@pwes.com | Counsel for Plaintiff, George Edward McCain |
| Jason M. Gonder, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005-1413<br>Telephone: 212.530.5131<br>Facsimile: 212.822.5131<br>E-Mail: jgonder@milbank.com | Counsel for Defendant, BEA Systems, Inc. |
| Carl E. Person, Esq.<br>Attorney at Law<br>325 West 45th Street, Suite 201<br>New York, NY 10036-3803<br>Telephone: 212.307.4444<br>Facsimile: 212.307.0247<br>Cell: 917.453.9376<br>E-Mail: carlpers@ix.netcom.com | Counsel for Defendant, Ellen Emerson dba Hondabeat.com |
| Theresa M. Gillis, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY 10017-6702<br>Telephone: 212.326.3939<br>Facsimile: 212.755.7306<br>Direct: 212.326.3679<br>E-Mail: tmgillis@jonesday.com | Counsel for Defendant, The Timken Company |
| George Cacoulidis, Esq.<br>Attorney at Law<br>590 Madison Avenue, 21st Floor<br>New York, NY 10022<br>Telephone: 212.521.4430<br>Facsimile: 212.521.4431<br>E-Mail: george@cacoulidis.com | Counsel for Defendant, American Le Mans Series LLC |

RMS/JMC/754216 1
174008 039

| | |
|---|---|
| James Rosenfeld, Esq.<br>Davis Wright Tremaine LLP<br>1633 Broadway<br>New York, NY 10019-6708<br>Direct:    212.603.6455<br>Main:      212.489.8230<br>Facsimile: 212.489.8340<br>E-Mail:    jamesrosenfeld@dwt.com | Counsel for Defendant, Gawker Media LCC |
| Richard Soto, Esq.<br>Hunton & Williams LLP<br>200 Park Avenue<br>New York, NY 10166-0136<br>Direct:    212.309.1054<br>Main:      212.309.1000<br>Facsimile: 212.309.1100<br>E-Mail:    rsoto@hunton.com | Counsel for Defendant, Times Publishing Company |
| Margaret A. Dale, Esq.<br>Proskauer Rose LLP<br>1585 Broadway<br>New York, NY 10036-8299<br>Telephone: 212.969.33150<br>Facsimile: 212.969.2900<br>E-Mail:    mdale@proskauer.com | Counsel for Defendant, America Honda Motor Co., Inc. |
| Karen Bekker, Esq.<br>Satterlee Stephens Burke & Burke LLP<br>230 Park Avenue<br>New York, NY 10169<br>Telephone: 212.818.9200<br>Facsimile:  212.818.9606, 07 – Fax<br>E-Mail:    kbekker@ssb.com | Counsel for Defendant, Gannett Co., Inc. |
| H. Rowan Gaither, IV, Esq.<br>Richards Kibbe & Orbe, LLP<br>701 8th Street, NW<br>Washington, DC 20001<br>Telephone: 212.530.1807<br>Facsimile: 717.344.8807<br>E-Mail:    mschneider@rkollp.com | Counsel for Defendant, Table Moose Media |
| Michael H. Gottschlich, Esq.<br>Richards Kibbe & Orbe, LLP<br>One World Financial Center<br>New York, NY 10281-2702<br>Telephone: 212.530.1800 | |

Andrew B. Lachow, Esq.  Counsel for Defendants, Time Inc., Sports
Deputy General Counsel  Illustrated and People Magazine
Time, Inc.
Time & Life Building
1271 Avenue of the Americas
New York, NY 10020-1393
Telephone: 212.522.8307
Facsimile: 212.467.0860
E-Mail:
andrew_lachow@timeinc.com