Mark A. Fowler (MF-4605)
Karen Bekker (KB-9077)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
(212) 818-9200
*Attorneys for Defendant Gannett Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
GEORGE EDWARD McCAIN,

                            Plaintiff,        Index No.: 07-CV-5729

            -against-

                                              **NOTICE OF APPEARANCE**

RAHAL LETTERMAN RACING, LLC, et al.

                            Defendants.
-----------------------------------------------------------------

      PLEASE TAKE NOTICE THAT the undersigned counsel hereby appears in this action on behalf of defendant Gannett Co., Inc. and requests that all notices given or required to be given in this matter and all papers served or required to be served in this matter be given or served upon the undersigned at the office and post office address stated below.

Dated: July 27, 2007
       New York, NY

                                                SATTERLEE STEPHENS BURKE & BURKE LLP
                                              /s/ Mark A. Fowler
                                              Mark A. Fowler (MF-4605)
                                              Karen Bekker (KB-9077)
                                              *Attorneys for Defendant Gannett Co., Inc.*
                                              230 Park Avenue, 11th floor
                                              New York, New York 10169
                                              (212) 818-9200

701782_1