EE_Notice_of_Appearance_for_Deft_Emerson.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GEORGE EDWARD McCAIN,

                    Plaintiff,

    -against-

RAHAL LETTERMAN RACING, LLC, et al.,

                  Defendants.
-----------------------------------------------------------x

ECF CASE

STIPULATION FOR
DISMISSAL OF ACTION
AS TO DEFENDANT
ELLEN EMERSON

07-CV-5729 (JSR)

It is hereby stipulated and agreed, subject to the Order of this Court, that pursuant to F.R.Civ.P. Rule 41(a), the action is hereby dismissed without costs or attorneys' fees as against Defendant Ellen Emerson.

Dated:   New York, New York
           July 31, 2007

*[signature]*

Carl E. Person (CP 7637)
325 W. 45th Street - Suite 201
New York, New York 10036-3803
(212) 307-4444

Attorney for the Defendant, Ellen Emerson

Dated:   New York, New York
           Aug., 9TH, 2007

*[signature]*

John Pelosi, Esq.
Pelosi, Wolf, Effron & Spates LLP
233 Broadway, 22nd Floor
New York, NY 10279
Telephone: 212.334.3599
Facsimile: 212.571.9149
E-Mail: jpelosi@pwes.com

Counsel for Plaintiff, George Edward McCain