H. Rowan Gaither IV (HG-2245)
Reema S. Abdelhamid (RA-0085)
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Counsel for Defendant Table Moose Media, LLC
d/b/a/ Indy Men's Magazine



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE EDWARD McCAIN, an individual,                :
                               Index No.: 07-CV-5729

          Plaintiff,                            :

vs.                                                 :  **MOTION AND PROPOSED ORDER
                                                       FOR ADMITTANCE OF
                                                       MICHAEL H. GOTTSCHLICH**
RAHAL LETTERMAN RACING, LLC, an Ohio                :  **PRO HAC VICE**
limited liability company, *et al.*

                                                    :
          Defendants.
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       H. ROWAN GAITHER IV, an attorney in good standing and duly admitted to practice in the State of New York and before this Court and a partner with the undersigned firm of Richards Kibbe & Orbe LLP, local counsel for defendant Table Moose Media, LLC ("TMM"), respectfully moves that Michael H. Gottschlich of the Indianapolis, Indiana law firm of Barnes & Thornburg be admitted to practice before this Court *pro hac vice* for all purposes of this case, and in support of this motion states as follows:

       1.     Mr. Gottschlich is a partner with the law firm of Barnes & Thornburg, with offices located in Indianapolis, Indiana. Mr. Gottschlich is a member in good standing of the bar of the Supreme Court of Indiana and all lower courts in Indiana. Mr. Gottschlich is also admitted to practice before the United States District Court for the Southern District of Indiana.

Attached hereto as Exhibit 1 is a certificate attesting to Mr. Gottschlich's good standing as a member of the Indiana bar.

2. Mr. Gottschlich is a member in good standing of the bar of California and he is admitted to practice before the United States District Court for the Central District of California. Attached hereto as Exhibit 2 is a certificate attesting to Mr. Gottschlich's good standing as a member of the California bar.

3. Mr. Gottschlich is on retirement status with the bar of the State of Illinois.

Dated: New York, New York
August 2, 2007

RICHARDS KIBBE & ORBE LLP

By: _____
H. Rowan Gaither IV (HG-2245)
Reema S. Abdelhamid (RA-0085)
One World Financial Center
New York, New York 10281-2702
(212) 530-1800

Counsel for Defendant Table Moose Media, LLC
d/b/a/ Indy Men's Magazine

Of Counsel
Michael H. Gottschlich
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
8-10-07

- 2 -