Rakoff, J

Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Defendant*
*Toyota Motor Sales, U.S.A., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GEORGE EDWARD McCAIN, an individual,

                Plaintiff,

        -against-

RAHAL LETTERMAN RACING, LLC, et al.,

                Defendants.
------------------------------------------------------------X

Civil Action No. 07-CV-5729 (JSR)

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff George Edward McCain and Defendant Toyota Motor Sales, U.S.A., Inc. ("Defendant"), that the time for Defendant to answer or otherwise respond to the Complaint shall be extended to and include August 24, 2007.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-07

Dated: New York, New York
August 10, 2007

LOEB & LOEB LLP

By: _____
Jacques M. Rimokh (JR-0745)
Christina S. Monteiro (CM-8395)

345 Park Avenue
New York, New York 10154-1895
(212) 407-4000

*Attorneys for Defendant*
*Toyota Motor Sales, U.S.A., Inc.*


PELOSI WOLF EFFRON & SPATES LLP

By: _____
John Pelosi (JP-9066)

233 Broadway, 22nd Floor
New York, New York 10279
(212) 334-3599

*Attorneys for Plaintiff*
*George Edward McCain*


SO ORDERED:

August 14, 2007
New York, New York

_____
U.S.D.J.

NY671590                                    2