UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEORGE EDWARD McCAIN, an individual,

    Plaintiff,

v.

RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co., et al.,

    Defendants.

Case No. 1:07-CV-05729

**SUBSTITUTION OF COUNSEL**

---

    Please take notice that H. Ritchey Hollenbaugh and the law firm of Carlile Patchen & Murphy LLP are hereby substituted in place of Margaret A. Dale and the law firm of Proskauer Rose LLP as attorneys for Defendant American Honda Motor Co., Inc.

_____
Margaret A. Dale (MD-5117)
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
Tele: (212) 969-3000
Fax: (212) 969-2900

_____
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 East Broad Street
Columbus, Ohio 43215
Email: hrh@cpmlaw.com
Tele: (614) 228-6135
Fax: (614) 221-0216

Richard E. Haftel, Esq.
Haftel & Silverman, PC
260 Madison Avenue, 17th Floor
New York, NY 10016
Tele: (212) 686.3100
Fax: (212) 686-3151

RMS/TLH/754814 1
174008.039