Shawn Patrick Regan
Richard Soto
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York  10166
(212) 309-1000
sregan@hunton.com
rsoto@hunton.com

-and-

Douglas W. Kenyon
(to be admitted *pro hac vice*)
Hunton & Williams LLP
One Bank of America Plaza, Suite 1400
421 Fayetteville Street
Raleigh, North Carolina 27601
(919) 899-3000
dkenyon@hunton.com

Attorneys for Defendant
TIMES PUBLISHING COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| GEORGE EDWARD McCAIN, an individual, | |
| Plaintiff, | |
| | Case No.: 07 CIV 5729 (JSR) |
| -against- | |
| RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co.; et al., | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT, subject to any and all defenses to be raised pursuant to Fed. R. Civ. P. 12, the undersigned counsel hereby appear on behalf of Defendant TIMES PUBLISHING COMPANY in the above-captioned action.

All papers in this action shall be served upon the undersigned at the addresses set forth below.

Dated: New York, New York
       August 20, 2007

                HUNTON & WILLIAMS LLP

                By: /s/ Richard Soto
                   Shawn Patrick Regan
                   Richard Soto
                   Hunton & Williams LLP
                   200 Park Avenue, 52nd Floor
                   New York, New York 10166-0136
                   (212) 309-1000
                   sregan@hunton.com

                   -and-

                   Douglas W. Kenyon
                   (to be admitted *pro hac vice*)
                   Hunton & Williams LLP
                   One Bank of America Plaza, Suite 1400
                   421 Fayetteville Street
                   Raleigh, North Carolina 27601
                   (919) 899-3000
                   dkenyon@hunton.com

                   Attorneys for Defendant
                   TIMES PUBLISHING COMPANY

TO:   All counsel of record.

## **DECLARATION OF SERVICE**

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Time Publishing Company.

That on August 20, 2007, I served a true copy of the attached Notice of Appearance on counsel of record via the Court's ECF System and via First Class Mail to any party not listed on the Court's ECF System, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2007.

/s/ Raymond E. Galbraith
Raymond E. Galbraith

TO:   All counsel of record.