Shawn Patrick Regan
Richard Soto
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, New York  10166
(212) 309-1000
sregan@hunton.com
rsoto@hunton.com

-and-

Douglas W. Kenyon
(to be admitted *pro hac vice*)
Hunton & Williams LLP
One Bank of America Plaza, Suite 1400
421 Fayetteville Street
Raleigh, North Carolina 27601
(919) 899-3000
dkenyon@hunton.com

Attorneys for Defendant
TIMES PUBLISHING COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                             :
GEORGE EDWARD McCAIN, an                                     :
individual,                                                  :
                                                             :
                   Plaintiff,                                :
                                                             :    Case No.: 07 CIV 5729 (JSR)
     -against-                                               :
                                                             :
RAHAL LETTERMAN RACING, LLC,                                 :
an Ohio limited liability co.; et al.,                       :
                                                             :
                   Defendants.                               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TIMES PUBLISHING COMPANY ("Times Publishing") files this disclosure statement:

Times Publishing is not a publicly traded company. Times Publishing does not have a parent company and no publicly held corporation owns 10% or more of Times Publishing's stock.

Dated: New York, New York
August 20, 2007

                    HUNTON & WILLIAMS LLP

                    By:  /s/ Richard Soto_____
                        Shawn Patrick Regan
                        Richard Soto
                        Hunton & Williams LLP
                        200 Park Avenue, 52nd Floor
                        New York, New York  10166-0136
                        (212) 309-1000
                        sregan@hunton.com

                        -and-

                        Douglas W. Kenyon
                        (to be admitted *pro hac vice*)
                        Hunton & Williams LLP
                        One Bank of America Plaza, Suite 1400
                        421 Fayetteville Street
                        Raleigh, North Carolina 27601
                        (919) 899-3000
                        dkenyon@hunton.com

                        Attorneys for Defendant
                        TIMES PUBLISHING COMPANY

## **DECLARATION OF SERVICE**

Raymond E. Galbraith, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Hunton & Williams LLP, attorneys for Defendant Time Publishing Company.

That on August 20, 2007, I served a true copy of the attached Rule 7.1 Disclosure Statement on counsel of record via the Court's ECF System and via First Class Mail to any party not listed on the Court's ECF System, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2007.

/s/ Raymond E. Galbraith
Raymond E. Galbraith

TO:   All counsel of record.