UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
GEORGE EDWARD McCAIN,

                Plaintiff,

        - against -

RAHAL LETTERMAN RACING, LLC *et al.*,

                Defendants.
------------------------------------------------------------ x

07 Civ. 5729 (JSR)
ECF CASE

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and among George Edward McCain and Gawker Media, through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice, without costs to any party, and with each party to bear its own attorney's fees.

Dated: New York, New York
       August ___, 2007

GEORGE EDWARD McCAIN

By: _____
     John Pelosi (JP-9066)

Pelosi Wolf Effron & Spates LLP
233 Broadway, 22nd Floor
New York, NY 10279
(212) 334-3599

GAWKER MEDIA

By: _____
     James Rosenfeld (JR-2256)

Davis Wright Tremaine LLP
1633 Broadway
New York, New York 10019
(212) 489-8230

SO ORDERED:

_____
Hon. Jed S. Rakoff
United States District Judge

8-18-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-20-07

NYC 187036v1 0080721-000004