UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------
GEORGE EDWARD McCAIN, an individual,

                                                Index No.: 07-CV-5729

                Plaintiff,

       -against-                     **RULE 7.1 STATEMENT**

RAHAL LETTERMAN RACING, LLC, et al.,

                Defendants.
-------------------------------------------------------------------------

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private party certifies that USA Today is a division of Gannett Satellite Information Network, Inc., which is a wholly-owned subsidiary of Gannett Co., Inc., and that the shares of Gannett Co., Inc. are publicly traded in the United States.

Dated: New York, New York
         August 22, 2007

                                        SATTERLEE STEPHENS BURKE & BURKE LLP

                                        By:   /s/ Abigail Snow (AS-2960)
                                               Mark A. Fowler (MF-4605)
                                               Karen Bekker (KB-9077)
                                               Abigail Snow (AS-2960)
                                      230 Park Avenue
                                      New York, New York 10169
                                      (212) 818-9200
                                      Attorneys of Record for Defendant Gannett Co., Inc.

704256_1