UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------
GEORGE EDWARD McCAIN, an individual,

                                                Plaintiff,

                  -against-

RAHAL LETTERMAN RACING, LLC, et al.,

                                            Defendants.
------------------------------------------------------------------------

Index No.: 07-CV-5729

**CERTIFICATE OF SERVICE**

        I, ABIGAIL SNOW, a member of the Bar of this Court, hereby certify that on the 22nd day of August, 2007, I caused a true and correct copy of the ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIM and RULE 7.1 STATEMENT of Defendant Gannett Co., Inc. to be served on those parties who do not receive service via the Court's ECF system, by sending a true copy of same enclosed in a post-paid properly addressed sealed wrapper by United States Postal Service first class mail to:

| | |
|---|---|
| David J. Pasternak, Esq.<br>Pasternak, Pasternak & Patton<br>A Law Corporation<br>1875 Century Park East, Suite 2200<br>Los Angeles CA 90067 | John W. Patton, Jr., Esq.<br>Pasternak, Pasternak & Patton<br>A Law Corporation<br>1875 Century Park East, Suite 2200<br>Los Angeles CA 90067 |

H. Ritchey Hollenbaugh, Esq.
Carlile Patchen and Murphy, LLP
366 East Broad Street
Columbus OH 43215

        I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 22, 2007

                                                 /s/ Abigail Snow
                                                ABIGAIL SNOW (AS-2960)

704427_1