H. Rowan Gaither IV
Reema S. Abdelhamid
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 530-1800
Facsimile: (212) 530-1801

Michael H. Gottschlich
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 236-1313

Counsel for Defendant Table Moose Media, LLC
d/b/a/ Indy Men's Magazine

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GEORGE EDWARD McCAIN, an individual,          :

                    Plaintiff,          :  Index No.: 07-CV-5729 (JSR)

   vs.                                                                  :

                                            **CERTIFICATE OF SERVICE**

RAHAL LETTERMAN RACING, LLC, an Ohio          :
limited liability co. *et al.*
                                     :
                Defendants.
                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

      I, Virginia Daugherty, certify:

      1.     That I am over the age of eighteen years, and am not a party to this action.

      2.     That on August 24, 2007, I caused to be served a copy of the foregoing Answer and Cross-Claim of Defendant Table Moose Media by U.S. mail, postage pre-paid, in a sealed envelope addressed to the following as indicated below:

John Anthony Pelosi
Pelosi, Wolf, Effron & Spates, LLP
Woolworth Building
233 Broadway, 22nd Floor
New York, NY 10279
(212) 334-3599
(212) 571-9149 (fax)

**Counsel for Plaintiff George Edward McCain**

George Cacoulidis
Attorney at Law
590 Madison Avenue
21st Floor
New York, NY 10022

**Counsel for Defendant American Lemans Series LLC**

Jason M. Gonder
Milbank, Tweed, Hadley & McCloy LLP
One Chase Manhattan Plaza
New York, NY 10005

**Counsel for Defendant BEA Systems, Inc.**

Richard E. Haftel
Haftel & Silverman, P.C.
260 Madison Avenue, 18th Flr.
New York, NY 10016
(212) 832-3100
(212) 686-3151 (fax)

H. Ritchey Hollenbaugh
Carlile Patchen and Murphy, LLP
366 East Broad Street
Columbus, OH 43215
(614) 228-6135
(614) 221-0216 (fax)

David J. Pasternak
John W. Patton, Jr.
Pasternak, Pasternak and Patton
1875 Century Park East, Suite
Suite 2200
Los Angeles, CA 90067

**Counsel to Defendants Bobby Rahal Automotive Group and Rahal Letterman Racing, LLC, Norwalk Furniture Corporation, F1 Marketing Group, Inc.,**

**Bridgestone Firestone North American Tire, LLC, a successor to Brigestone/Firestone Inc., Logicalis and American Honda Motor Co., Inc.**

Carl E. Person
Carl E. Person - An Individual Practitioner
325 W. 45th St. - Suite 201
New York, NY 10036
(212) 307-4444
(212) 307-0247 (fax)

**Counsel to Defendant Ellen Emerson**

Mark Fowler
Karen Bekker
Satterlee Stephens Burke & Burke LLP
230 Park Avenue, 11th Flr.
New York, NY 10169
(212) 404-8720
(212) 686-3151 (fax)

**Counsel for Defendant Gannett Co., Inc.**

Andrew B. Lachow
Deputy General Counsel
Time, Inc.
Time & Life Building
1271 Avenue of the Americas
New York, NY 10020-1393

**Counsel for Defendants Time, Inc. d/b/a Sports Illustrated & People Magazine**

Richard Soto
Shawn Patrick Regan
Hunton & Williams LLP
200 Park Avenue
New York, NY 10166-0136

Douglas W. Kenyon
Hunton & Williams LLP
One Bank of America Plaza, Suite 1400
421 Fayetteville Street
Raleigh, North Carolina 27601

**Counsel for Times Publishing Company d/b/a St. Petersburg Times**

- 3 -

Theresa M. Gillis
Jones Day
222 East 41st Street
New York, New York 10017-6702
(212) 326-3939
(212) 755-7306

**Counsel for Defendant The Timken Company**


Dated: New York, New York
       August 24, 2007

                                                                 /s/ Virginia Daugherty