UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GEORGE EDWARD McCAIN, an individual, | : | |
| Plaintiff, | : | Case No. 07-CV-5729 (JSR) |
| | : | |
| v. | : | Rule 7.1 Statement of BEA Systems, Inc. |
| RAHAL LETTERMAN RACING, LLC, an Ohio limited liability co., et al., | : | |
| Defendants. | : | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant BEA Systems, Inc., a non-governmental corporation, states that it does not have any parent corporation and there is no publicly held corporation that owns 10% or more of its stock.

RMS/RMS/755826.1
174008.039

By:    /s/ H. Ritchey Hollenbaugh
      H. Ritchey Hollenbaugh
      Carlile Patchen & Murphy LLP
      366 East Broad Street
      Columbus, Ohio  43215
      E-mail:  hrh@cpmlaw.com
      Telephone:       (614) 228-6135
      Facsimile:         (614) 221-0216

Richard E. Haftel, Esq.
Haftel & Silverman, PC
260 Madison Avenue, 17th Floor
New York, NY  10016
Telephone:       (212) 686.3100
Facsimile:         (212) 686-3151

John W. Patton, Jr.
David J. Pasternak
Pasternak, Pasternak & Patton
A Law Corporation
1875 Century Park East, Suite 2200
Los Angeles, California  90067-2523
Email:  jwp@paslaw.com
Telephone:       (310) 553-1500
Facsimile:         (310) 553-1540

Counsel for Defendants Rahal Letterman Racing, Bobby Rahal Automotive Group, Norwalk Furniture Corporation, F1 Marketing Group, Inc., Bridgestone Firestone North American Tire, LLC, a successor to Bridgestone/Firestone Inc., Logicalis, Inc., Pioneer Electronics (USA), Inc., BEA Systems, Inc., and American Honda Motor Co., Inc.

## DECLARATION OF SERVICE

Rebecca M. Swoager, herby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

I am a Litigation Paralegal at the law firm of Carlile Patchen & Murphy LLP, attorneys for Defendants Rahal Letterman Racing LLC, Bobby Rahal Automotive Group, Norwalk Furniture Corporation, F1 Marketing Group, Inc., Bridgestone Firestone North American Tire, LLC, a successor to Bridgestone/Firestone Inc., Logicalis, Inc., Pioneer Electronics (USA), Inc., BEA Systems, Inc., and American Honda Motor Co., Inc.

That on August 24, 2007, I served a true copy of the attached Rule 7.1 Statement of BEA Systems, Inc. on counsel of record via the Court's ECF System and via First Class Mail to any party not listed on the Court's ECF System, by depositing the same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of Ohio.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 24, 2007.

/s/ Rebecca M. Swoager
Rebecca M. Swoager

TO: All counsel of record.