Rakoff, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
........................................................ x
                                              :
GEORGE EDWARD McCAIN,                         :
                                              :     07 Civ. 5729 (JSR)
                          Plaintiff,          :     ECF CASE
                                              :
          - against -                         :     **STIPULATION AND ORDER OF**
                                              :     **DISMISSAL WITH PREJUDICE**
RAHAL LETTERMAN RACING, LLC et al.,           :
                                              :
                          Defendants.         :
                                              :
........................................................ x

       **IT IS HEREBY STIPULATED AND AGREED**, by and among George Edward

McCain and Consumer Electronics Association, through their undersigned counsel, that the

above-captioned action is hereby dismissed with prejudice, without costs to any party, and with

each party to bear its own attorney's fees.

Dated: New York, New York
       August ___, 2007

GEORGE EDWARD McCAIN                    CONSUMER ELECTRONICS ASSOCIATION

By: _____           By: _____
    John Pelosi (JP-9066)                 Catherine Miller (CM-0326)

    Pelosi Wolf Effron & Spates LLP       Squire, Sanders & Dempsey L.L.P.
    233 Broadway, 22nd Floor              1201 Pennsylvania Avenue, NW
    New York, NY 10279                    Washington, DC 20004
    (212) 334-3599                        (202) 626-6670

SO ORDERED:

_____
    Hon. Jed S. Rakoff
    United States District Judge

       8-24-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-07

NYC 187036v1 0080721-000004