*Rokoff, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................... x

GEORGE EDWARD McCAIN,                                   :

               Plaintiff,                    :       07 Civ. 5729 (JSR)
                                 :       ECF CASE

             - against -                     :       **STIPULATION AND ORDER OF**
                                 :       **DISMISSAL WITH PREJUDICE**

RAHAL LETTERMAN RACING, LLC *et al.*,                  :

               Defendants.                    :

......................................................... x

    **IT IS HEREBY STIPULATED AND AGREED**, by and among George Edward

McCain and Toyota Motor Sales, U.S.A., Inc., through their undersigned counsel, that the above-

captioned action is hereby dismissed with prejudice, without costs to any party, and with each

party to bear its own attorney's fees.

Dated: New York, New York
       August 23, 2007

GEORGE EDWARD McCAIN                              TOYOTA MOTOR SALES, U.S.A., INC.

By: _____                      By: _____
    John Pelosi (JP-9066)                            Jacques Rimokh (JR-0745)
    Pelosi Wolf Effron & Spates LLP                  LOEB & LOEB LLP
    233 Broadway, 22nd Floor                         345 Park Avenue
    New York, NY 10279                               New York, NY | 10154
    (212) 334-3599                                   (212) 407-4000

SO ORDERED:

_____
    Hon. Jed S. Rakoff
    United States District Judge
        8-24-07

NYC 187036v1 0080721-000004

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-07