RAKOFF, S.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-31-07
```

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
GEORGE EDWARD McCAIN,

        Plaintiff,

- against -

RAHAL LETTERMAN RACING, LLC et al.,

        Defendants.
-----------------------------------x

07 Civ. 5729 (JSR)
ECF CASE

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among George Edward McCain, the American Le Mans Series, LLC and International Motorsports Association, Inc., through their undersigned counsel, that the above-captioned action is hereby dismissed with prejudice, without costs to any party, and with each party to bear its own attorney's fees.

Dated: New York, New York
      August 24, 2007

GEORGE EDWARD McCAIN

By: _____
John Pelosi (JP-9066)
Pelosi Wolf Effron & Spates LLP
233 Broadway, 22nd Floor
New York, NY 10279
(212) 334-3599

AMERICAN LE MANS AND
INTERNATIONAL MOTORSPORTS
ASSOCIATION

By: _____
George Cacoulidis (GC-6757)
George Cacoulidis, Esq.
590 Madison Avenue, 21st Floor
New York, N.Y. 10022
(212) 521-4430

SO ORDERED:

_____
Hon. Jed S. Rakoff
United States District Judge

NYC 157036v1 0080721-000004